IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION<br><br>This document relates to 12-C-6291 | MDL No. 2371<br><br>Master Docket No. 12 C 6286<br>Hon. Joan H. Lefkow |

**FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Facebook, Inc. hereby certifies that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

1

| | |
|---|---|
| Dated: September 21, 2012 | By: */s/ Heidi L. Keefe* |
| | Heidi L. Keefe<br>Mark R. Weinstein<br>Lam K. Nguyen<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Phone: (650) 843-5000<br>Facsimile: (650) 857-0663<br>E-mail: hkeefe@cooley.com<br>E-mail: mweinstein@cooley.com<br>E-mail: lnguyen@cooley.com<br><br>Michael G. Rhodes<br>**COOLEY LLP**<br>101 California St., 5th Floor<br>San Francisco, CA 94111<br>Phone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Email: mrhodes@cooley.com<br><br>Attorneys for Defendant<br>Facebook, Inc. |

1062049 v1/HN

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via e-filing through the Court's CM/ECF system and/or by email on September 21, 2012. Any other counsel of record will be served via First Class U.S. Mail on this same date.

                                                */s/ Heidi L. Keefe*
                                                Heidi L. Keefe