**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | **UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION** | **MDL No. 2371**<br><br>**Master Docket No.  12 C 6286 ALL CASES**<br><br>**JURY TRIAL DEMANDED** |

**JOINT PRELIMINARY REPORT**

Pursuant to the Court's Order of September 10, 2012, Plaintiff Unified Messaging Solutions LLC ("Unified Messaging") and all Defendants submit the following preliminary report in anticipation of the October 12 Initial Pretrial Conference.

**I.     Attorneys Who Will Attend the Initial Pretrial Conference.**

In attendance on October 12 will be:

| Name | Party Represented | Primary City and State |
|---|---|---|
| Edward R. Nelson, III | Unified Messaging | Fort Worth, TX |
| Timothy Grochocinski | Unified Messaging | Chicago, IL |
| Stephanie To | Unified Messaging | St. Louis, MO |
| Christopher Schenck | Google, Inc. | Seattle, WA |
| Benjamin F. Sidbury | Etsy, Inc. | Charlotte, NC |
| Steven J. Reynolds | Avid Life Media, Inc.; HomeAway, Inc. | Chicago, IL |
| James J. Lukas, Jr. | Cupid PLC; Northern Illinois Gas Company | Chicago, IL |
| Robert Barz | BNY Mellon, National Association; The Bank of New York Mellon; The Bank of New York Mellon Corp.; UBS Financial Services, Inc. | Chicago, IL |
| Galyn Gafford | HSBC Bank USA, National Association; HSBC North America Holdings Inc.; HSBC USA Inc.; Citibank, N.A.; Citigroup Inc. | Dallas, TX |
| Michael Gaertner | HSBC Bank USA, National Association; | Chicago, IL |

| | HSBC North America Holdings Inc.; HSBC USA Inc.; Citibank, N.A.; Citigroup Inc. | |
|---|---|---|
| Ury Fischer | Avalanche, LLC | Miami, FL |
| Thomas L. Duston | Groupon, Inc.; United Air Lines, Inc. | Chicago, IL |
| Matt Gryzlo | Ebay, Inc.; Twitter, Inc.; Yahoo! Inc. | Chicago, IL |
| Stuart Bartow | Ebay, Inc.; Twitter, Inc.; Yahoo! Inc. | San Jose, CA |
| Yar Chaikovsky | Ebay, Inc.; Twitter, Inc.; Yahoo! Inc. | San Jose, CA |
| Jason C. White | Discover Financial Services; Walgreen Co. | Chicago, IL |
| Scott D. Sherwin | Discover Financial Services; Walgreen Co. | Chicago, IL |
| Brooks Beard | Homestead Technologies Inc.; Intuit, Inc.; VMWare, Inc. | San Francisco, CA |
| Timothy J. Carroll | The Vanguard Group, Inc.; The Vanguard Marketing Corp. | Chicago, IL |
| Jay Heidrick | Sprint Nextel Corp. Plentyoffish Media, Inc.; WeeWorld Inc.; Where Are You Now Ltd. | Kansas City, KS |
| Max Ciccarelli | Southwest Airlines Co. | Dallas, TX |
| Kal K. Shah | Orbitz, LLC | Chicago, IL |
| James D. Shead | AT&T Mobility LLC; AT&T Services, Inc.; SBC Internet Services, Inc. | Austin, TX |
| Charles Molster | AOL Inc.; Verizon Data Services LLC | Washington, DC |
| Kurt Mathas | AOL Inc.; Verizon Data Services LLC | Chicago, IL |
| Lam Nguyen | Facebook, Inc. | Palo Alto, CA |
| Thomas Cushing | Morgan Stanley; Morgan Stanley & Co. LLC; Morgan Stanley Smith Barney LLC | Chicago, IL |
| David J. Silbert | Comcast Cable Communications, LLC | San Francisco, CA |
| Gordon B. Nash | Comcast Cable Communications, LLC | Chicago, IL |

| Eric Walters | Radio One, Inc. | San Francisco, CA |
|---|---|---|
| Eric H. Findlay<br>Michael D. Findlay | Multiply, Inc. | Tyler, TX |
| Jordan A. Sigale | CMI Marketing, Inc. | Chicago, IL |
| Peter H. Hanna | Charter Communications, Inc. | Chicago, IL |

Yar Chaikovsky, Benjamin Sidbury, and Max Ciccarelli expect to speak on behalf of all

Defendants at the pretrial hearing. Other Defendants' counsel, however, may also speak if issues

arise that are unique to their clients.

## II. Preliminary Understanding of the Facts Involved in the Litigation and Critical Factual and Legal Issues.

The parties submit the following statements regarding the issues in the litigation:

### A. Joint Statement

The cases centralized before this Court involve allegations of infringement,

unenforceability, and invalidity of one or more of the following U.S. Patent Nos. 6,857,074 ("the

'074 patent"), 7,836,141 ("the '141 patent"), 7,895,306 ("the '306 patent"), 7,895,313 ("the '313

patent"), and 7,934,148 ("the '148 patent") (collectively "the patents-in-suit").[1] The patents-in-

suit share a common specification and generally relate to receiving and storing communications

on a server and allowing users to access those communications through a browser or other

application program.

### B. Unified Messaging's Statement

Aside from the number of Defendants in suit, this case is similar to most other patent

infringement cases. The critical legal issues are questions of claim construction — how the

asserted claims of the patents shall be construed in light of the relevant specification and

prosecution history. The critical factual issues involve the nature of Defendants' accused

---

[1] UMS asserts all patents-in-suit against 42 defendants, all patents-in-suit with the exception of the '074 patent against HSBC, and only the '148 patent against the remaining defendants (approximately 11 defendants).

systems and products — whether the accused products or systems embody and/or practice the claimed systems and methods (as construed).

Unified Messaging believes that a claim construction order setting forth a clear construction of disputed terms and phrases, and good faith mediation conducted by the Court or an appointed third-party mediator, are most meaningful to the efficient and effective resolution of the various cases. To this end, Unified Messaging proposes an accelerated schedule with respect to the claim construction proceedings of the two earliest-filed cases, *Unified Messaging Solutions LLC v. Facebook, Inc.*, *et al.*, and *Unified Messaging Solutions LLC v. Google Inc.*, *et al.* Unified Messaging refers to these two cases as the "Phase 1 Cases" in its Proposed Case Management Order.

Additionally, Unified Messaging requests two mediation deadlines for the Phase 1 Cases — one requiring the parties to complete mediation within sixty (60) days following the Initial Pretrial Conference[2], and a second requiring mediation within sixty (60) days following the issuance of a claim construction order. Similarly, Unified Messaging requests that the Court establish two sets of mediation deadlines for the parties in the Phase 2 Cases, the first to be held by August 28, 2013, and the second after any follow-on claim construction proceedings (and resultant order).

C.    **Defendants' Statement**

The predominant legal issues in this case are the construction of the disputed terms and phrases in the patents-in-suit, the validity of the patents-in-suit, and the non-infringement of each accused instrumentality. The predominant factual issues in this case are the operation of each

---

[2] The Phase 1 Cases were within weeks of Court-ordered mediation deadlines when the Judicial Panel for Multidistrict Litigation issued its Transfer Orders.

accused instrumentality, the conception and reduction to practice of the alleged inventions by the named inventors, and the state of the prior art.

Defendants agree with Unified Messaging that a claim construction order setting forth a clear construction of disputed terms and phrases is the first legal issue that should be addressed in this case. Not only will this Court's construction of the disputed terms and phrases inform the scope of fact and expert discovery, but it may also lead to early motions for summary judgment of non-infringement and/or invalidity and the possibility of early resolution of some cases through mediation and/or settlement.

Unlike Unified Messaging, Defendants believe that "phasing" the litigation—undertaking multiple phases of claim construction and discovery for different sets of defendants, with multiple *Markman* hearings—would frustrate the purpose of the MDL and cause duplicative work for both the parties and the Court. A multi-phased approach would also create a risk that Defendants in later phases would effectively be precluded from being fully heard on issues that are litigated by Defendants in earlier phases. Notably, when Unified Messaging specifically argued before the Judicial Panel on Multidistrict Litigation that the *Facebook* and *Google* actions should be excluded from this MDL and proceed into claim construction ahead of the other actions, the panel rejected that argument. *See* Dkt. No. 1, at 3 ("While we recognize that transfer of the *Facebook* and *Google* actions could result in some delay to these two cases, we balance that against the overall efficiencies gained.") Defendants respectfully suggest that the Court decline Unified Messaging's request to revisit that issue here. In the interest of maximizing efficiency and fairness, Defendants propose that all parties currently included in these centralized litigations, plus any new parties to be added by Unified Messaging within the next month, proceed to claim construction on a unified schedule in Spring 2013.

Defendants' proposed schedule will quickly and efficiently prepare this case for a *Markman* hearing by May 2013. To accomplish this goal, Defendants propose that the parties exchange limited initial disclosures, Unified Messaging provide its infringement contentions, and Defendants then provide their invalidity contentions.[3] With this information exchanged, Defendants propose that all parties should be in position to begin the claim construction process on January 25, 2013. After exchange of terms and briefing by the parties, this case will be ready for a *Markman* hearing at any date of the Court's choosing after May 10, 2013.

After this Court's ruling on the disputed terms and phrases, Defendants propose to meet-and-confer with Unified Messaging regarding the preparation of an efficient schedule for fact discovery, expert discovery, mediations, and dispositive motions. Based on these discussions, the parties would then submit a joint schedule or competing schedules for this Court's consideration and discussion with the parties at a case management conference at a date and time of the Court's convenience.

**III.    Proposed Case Management Order.**

The parties have been unable to reach agreement on a proposed Case Management Order. Unified Messaging's proposed Case Management Order is attached as Exhibit A. Defendants' proposed Case Management Order is attached as Exhibit B.

**IV.    Agreed Order For the Preservation of Documents.**

The parties present their proposed agreed order for the preservation of documents as Exhibit C.

**V.    Additional Items Required of Plaintiff.**

---

[3] It is Defendants' view that no additional fact discovery is necessary before proceeding with the *Markman* hearing. Defendants propose staying additional discovery until following claim construction to permit the parties to focus early on this potentially case dispositive phase of the litigation.

### A.    Listing of Present Motions

There are ten motions pending among the centralized cases, including two letter briefs seeking permission to file motions for summary judgment and five motions related to severance and/or transfer.  Identification of each motion, including the relevant case caption, Northern District of Illinois case number, and ECF Document Numbers are included as Exhibit D for the Court's convenience.

### B.    Listing of Pending Related and Tag-Along Cases

There are currently thirty-six Related Cases pending.  Each case and its present status are set forth in Exhibit E.  Plaintiff expects to file approximately thirty additional lawsuits in December 2012 or January 2013, with additional sets of approximately thirty lawsuits filed at six month intervals thereafter.

### C.    Hard Copies of Each Patent-in-Suit

Pursuant to Section 3(e)(iii) of the Court's Order Regarding Initial Pretrial Conference, Dkt. No. 15, Plaintiff has delivered two hard copies of each patent-in-suit, each set submitted in a tabbed, three-ring binder with identification of the cases in which that patent is at issue.


**Dated:  September 28, 2012**


*Signatures of Counsel Below*

Respectfully submitted,

/s/  Edward R. Nelson, III
Edward R. Nelson, III
Texas State Bar No. 00797142
Lead Counsel
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil
Texas State Bar No. 24069489
Jonathan H. Rastegar
Texas State Bar No. 24064043
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Anthony G. Simon
Illinois State Bar No. 6209056
Michael P. Kella
Illinois State Bar No. 6307908
Benjamin R. Askew
Illinois State Bar No. 223950
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Andrew G. DiNovo
Texas State Bar No. 0079059
Jay D. Ellwanger
Texas State Bar No. 24036522
DiNovo Price Ellwanger & Hardy, LLP
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

**ATTORNEYS FOR PLAINTIFF**
**UNIFIED MESSAGING SOLUTIONS**
**LLC**

Dated: September 28, 2012

Respectfully submitted,

By: */s/ Yar R. Chaikovsky*
Jeffrey Stone (SBN 6189590)
Matthew Gryzlo (SBN 6243042)
Amol Parikh (SBN 6285077)
MCDERMOTT WILL &EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
jstone@mwe.com
mgryzlo@mwe.com
amparikh@mwe.com

Yar R. Chaikovsky
D. Stuart Bartow
Bryan James
MCDERMOTT WILL &EMERY LLP
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Tel: 650.8145.7400
Fax: 650.815.7401
ychaikovsky@mwe.com
sbartow@mwe.com
bjames@mwe.com

*Attorneys for Defendants eBay Inc., Twitter*
*Inc., and Yahoo! Inc.*

By: */s/ Kevin A. Keeling*
Floyd R. Nation
Kevin A. Keeling
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Tel: 713.651.2600
Fax: 713. 651.2700
fnation@winston.com
kkeeling@winston.com

Vivian S. Kuo
Corrine M. Saylor
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel: 202.282.5000
Fax: 202.282.5100
vkuo@winston.com
csaylor@winston.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903.705.1117
Fax: 903.705.1117
ddacus@dacusfirm.com

*Attorneys for Defendant AOL Inc.*

By: */s/ James D. Shead*
Willem G. Schuurman (Texas State Bar No. 17855200)
Syed K. Fareed (Texas State Bar No. 24065216)
James D. Shead (Texas State Bar No. 24070609)
Patrick Doll (Texas State Bar No. 24078432)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
bschuurman@velaw.com

10

sfareed@velaw.com
jshead@velaw.com
pdoll@velaw.com
ATT-UMS-grpplist@velaw.com

Scott W. Breedlove (Texas State Bar No.
0079036)
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
sbreedlove@velaw.com

*Attorneys for Defendants AT&T Services,
Inc.; SBC Internet Services Inc. d/b/a AT&T
Internet Services; and AT&T Mobility LLC
f/k/a Cingular Wireless LLC*

By: */s/ Ury Fischer*
Ury Fischer
Florida Bar No. 048534
LOTT & FISCHER, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel: 305.448.7089
Fax: 305.446.6191
UFischer@lottfischer.com

*Attorneys for Defendant Avalanche, LLC*

By: */s/ Steven J. Reynolds*
Steven J. Reynolds
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: 312.368-4000
Fax: 312.368.7323
steven.reynolds@dlapiper.com

Richard de Bodo
Patrick Park
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067-6023

Tel: 310.595.3000
Fax: 310.595.3300
richard.debodo@dlapiper.com
patrick.park@dlapiper.com

*Attorneys for Defendant Avid Life Media, Inc.*

By: */s/Alan L. Barry*
Alan L. Barry
Jason A. Engel
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Tel: 312.372.1121
Fax: 312.827.8000
alan.barry@klgates.com
jason.engel@klgates.com

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN
LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
Tel: 703.770.7900
Fax: 703.770.7901
william.atkins@pillsburylaw.com
christoper.dorsey@pillsburylaw.com

*Attorneys for Defendants The Bank of New
York Mellon Corporation and The Bank of
New York Mellon (F/K/A The Bank of New
York)*

By: */s/ Jackob Ben-Ezra*
Rick L. Rambo, Lead Attorney
Thomas R. Davis
Jackob Ben-Ezra
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713.890.5000
Fax: 713.890.5001
rrambo@morganlewis.com
tdavis@morganlewis.com
jben-ezra@morganlewis.com

Brett M. Schuman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
bschuman@morganlewis.com

*Attorneys for Defendant Cequel
Communications, LLC d/b/a SuddenLink
Communications*

By: */s/ Bradford P. Lyerla*
Bradford P. Lyerla (IL #3127392)
Reginald J. Hill (IL #6225173)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel: 312.222.9350
Fax: 312.527.0484
blyerla@jenner.com
rhill@jenner.com

*Attorneys for Defendant Charter
Communications, Inc.*

By: */s/ Galyn Gafford*
Edwin R. DeYoung (Texas Bar No. 05673000)
Roger Brian Cowie (Texas Bar No. 00783886)
M. Scott Fuller (Texas Bar No. 24036607)
Galyn Gafford (Texas Bar No. 24040938)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel.: 214.740.8000
Fax: 214.740.8800
edeyoung@lockelord.com

*Attorney for Defendants Citigroup Inc. and
Citibank, N.A.*

By: */s/ Jordan A. Sigale*
Jordan A. Sigale (ARDC No. 6210047)
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300

13

Chicago, IL 60654
Tel: 312.464.3109
Fax: 312.276.8375
jsigale@loeb.com

*Attorneys for Defendant CMI Marketing, Inc.*

By: */s/ David J. Silbert*
David J. Silbert
(California State Bar No. 173128)
Matthias Kamber
(California State Bar No. 232147)
Melissa J. Miksch
(California State Bar No. 249805)
John Bostic
(California State Bar No. 264367)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415.391.5400
Fax: 415.397.7188
dsilbert@kvn.com
mmiksch@kvn.com
mkamber@kvn.com
jbostic@kvn.com

*Attorneys for Defendant Comcast Cable
Communication LLC*

By: */s/ M. Dru Montgomery*
J. Thad Heartfield
(Texas Bar No. 09346800)
M. Dru Montgomery
(Texas Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel: 409.866.3318
Fax: 409.866.5789
thad@jth-law.com
dru@jth-law.com

*Attorneys for Defendant Conn's, Inc. and Conn
Appliances, Inc.*

By: */s/ Kimberly A. Warshawsky*

Jerry Fellows
Kimberly A. Warshawsky
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel:  602.445.8000
Fax:  602.445.8100
Fellowsj@gtlaw.com
warshawskyk@gtlaw.com

Scott J. Bornstein
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel:  212.801.9200
Fax:  212.801.6400
bornsteins@gtlaw.com

James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312.456.8400
Fax:  312.456.8435
bornsteins@gtlaw.com

*Attorneys for Defendant Cupid PLC*

By: */s/ Scott D. Sherwin*
Jason C. White
Scott D. Sherwin
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel:  312.324.1000
Fax:  312.324.1001
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Attorneys for Defendant Discover Financial
Services, Inc.*

By: */s/ Patrick S. Park*
John M. Guaragna (Bar No. 24043308)
DLA PIPER LLP (US)

401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com

Richard de Bodo
Andrew V. Devkar
Patrick S. Park
DLA Piper LLP (US) - LA
2000 Avenue of the Stars
Ste 400 North Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
patrick.park@dlapiper.com

*Attorneys for Defendants E\*Trade Financial
Corporation and E\*Trade Bank*

By: */s/ Wasif Qureshi*
Neil J. McNabnay (Texas Bar No. 24002583)
Jane J. Du (Texas Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel:  214.747.5070
Fax:  214.747.2091
mcnabnay@fr.com
jjdu@fr.com

Wasif Qureshi (Texas Bar No. 24048155)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel: 713.654.5300
qureshi@fr.com

*Attorneys for Defendant eHarmony, Inc.*

By*: /s/ Benjamin F. Sidbury*
Benjamin F. Sidbury
BRYAN CAVE LLP
One Wells Fargo Center

301 South College Street, Suite 3400
Charlotte, NC 28202
Tel: 704.749.8939
Fax: 704.749.9339
benjamin.sidbury@bryancave.com

Joseph J. Richetti
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: 212.541.1092
Fax: 212.541.4630
joe.richetti@bryancave.com

Brandy R. McMillion
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Tel: 312.602.5141
Fax: 312.602.5050
brandy.mcmillion@bryancave.com

*Attorneys for Defendant Etsy, Inc.*

By: */s/ Heidi L. Keefe*
Heidi L. Keefe
Mark R. Weinstein
Lam K. Nguyen
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650.843.5000
Fax: 650.849.7400
hkeefe@cooley.com
mweinstein@cooley.com
lnguyen@cooley.com

Michael G Rhodes
COOLEY LLP
101 California Street, 5th floor
San Francisco, CA 94111
Tel: 415.693.2181
rhodesmg@cooley.com

*Attorneys for Defendant Facebook, Inc.*

17

By: */s/ John A. Yates*
John H. Barr, Jr. (Texas Bar No. 00783605)
Attorney-in-Charge
711 Louisiana, Suite 2300
Houston, Texas 77002
Tel:  713.223.2300
Fax:  800.404.3970
john.barr@bgllp.com

John A. Yates (Texas Bar No. 24056569)
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Tel:  713.223.2300
Fax:  800.404.3790
jay.yates@bgllp.com

Christopher Schenck (Washington Bar No. 37997)
BRACEWELL & GIULIANI LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104
Tel:  206.204.6200
Fax:  800.404.3970
chris.schenck@bgllp.com

Benjamin L. Bernell (Texas Bar No. 24059451)
BRACEWELL & GIULIANI LLP
111 Congress Ave., Suite 2300
Austin, TX 78701
Tel:  512.472.7800
Fax:  800.494.3970
ben.bernell@bgllp.com

*Attorneys for Defendant Google Inc.*

By: */s/ Thomas L. Duston*
Thomas L. Duston
Kevin D. Hogg
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357

Tel: 312.474.6300
tduston@marshallip.com
khogg@marshallip.com
ssanderson@marshallip.com

*Counsel for Defendant Groupon, Inc.*

By: */s/ Steven J. Reynolds*
Steven J. Reynolds
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: 312.368.4000
Fax: 312.368.7323
steven.reynolds@dlapiper.com

John M. Guaragna (Bar No. 24043308)
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com

Patrick Park
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067-6023
Tel: 310.595.3000
Fax: 310.595.3300
patrick.park@dlapiper.com

*Attorneys for Defendant HomeAway, Inc.*

By: */s/ Galyn Gafford*
Galyn Gafford
Michael Scott Fuller
Roger B. Cowie
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Tel: 214.740.8614
Fax: 214.740.8800
ggafford@lockelord.com
sfuller@lockelord.com

rcowie@lockelord.com

Gregory Thomas Casamento
LOCKE LORD LLP (NYC)
3 World Financial Center, 20th Floor
New York, NY 10001
Tel: 212.415.8600
Fax:  212.303.2754
gcasamento@lockelord.com

*Attorneys for Defendants HSBC North America*
*Holdings Inc. and HSBC USA Inc./HSBC Bank*
*USA, National Association*

By: */s/ Matthew Braunel*
Matthew Braunel
David Jinkins
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel:  314.552.6000
Fax:  314.552.7000
mbraunel@thompsoncoburn.com

*Attorneys for Defendant Laclede Gas*

By: */s/ Wasif Qureshi*
Neil J. McNabnay (Texas Bar No. 24002583)
Jane J. Du (Texas Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel:  214.747.5070
Fax:  214.747.2091
mcnabnay@fr.com
jjdu@fr.com

Wasif Qureshi (Texas Bar No. 24048155)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel:  713.654.5300
qureshi@fr.com

*Attorneys for Defendant LinkedIn Corporation*

By: */s/ Wasif Qureshi*
Neil J. McNabnay (Texas Bar No. 24002583)
Jane J. Du (Texas Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel:  214.747.5070
Fax:  214.747.2091
mcnabnay@fr.com
jjdu@fr.com

Wasif Qureshi (Texas Bar No. 24048155)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel: 713-654-5300
qureshi@fr.com

*Attorneys for Defendant Match.com, LLC*


By: */s/ Tigran Vardanian*
Peter J. Armenio
Tigran Vardanian
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  212.849.7070
peterarmenio@quinnemanuel.com
tigranvardanian@quinnemanuel.com

David Aaron Nelson
Thomas W. Cushing
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison, Suite 2450
Chicago, IL 60661
Tel:  312.704.7400
Fax:  312.705.7401
davenelson@quinnemanuel.com
thomascushing@quinnemanuel.com

*Attorneys for Defendants Morgan Stanley,*
*Morgan Stanley & Co. LLC and Morgan*
*Stanley Smith Barney LLC*

Eric Hugh Findlay
Michael D. Findlay
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Tel:  903.534.1100
Fax:  903.534.1137
efindlay@findlaycraft.com
mfindlay@findlaycraft.com

*Attorneys for Defendant Multiply, Inc*

By: */s/ Kimberly A. Warshawsky*
Jerry Fellows
Kimberly A. Warshawsky
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel:  602.445.8000
Fax:  602.445.8100
Fellowsj@gtlaw.com
warshawskyk@gtlaw.com

*Of Counsel:*
Scott J. Bornstein
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel:  212.801.9200
Fax:  212.801.6400
bornsteins@gtlaw.com

James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel:  312.456.8400
Fax:  312.456.8435
bornsteins@gtlaw.com

*Attorneys for Defendant Northern Illinois Gas
Company*

By: */s/ Kal K. Shah*
Kal K. Shah

THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL 60603
Tel: 312.580.2338
KShah@thompsoncoburn.com

*Attorneys for Defendant Orbitz, LLC*

By: */s/ John A. Leja*
John A. Leja
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel: 312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant PlentyOfFish Media,*
*Inc.*

By: */s/ Phillip E. Morton*
Jonathan G. Graves (VA Bar #46136)
Phillip E. Morton (VA Bar #71299)
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Tel: 703.456.8000
Fax: 703.456.8100
jgraves@cooley.com
pmorton@cooley.com

*Attorneys for Defendants Qwest Corporation*
*and Century Tel Broadband Services, LLC*

By: */s/ Eric S. Walters*
Eric S. Walters
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: 415.276.4801
Fax: 415.276.6599
ericwalters@dwt.com

Benjamin J. Byer
DAVIS WRIGHT TREMAINE, LLP

1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel:  206.622.3150
Fax:  206.757.7105
benbyer@dwt.com

*Attorneys for Defendant Radio One, Inc.*

By: */s/ Jason M. Schwent*
Jason M. Schwent
Thomas E. Douglass
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Tel:  314.552.6291
Fax:  314.552.7291
jschwent@thomascoburn.com
tdouglass@thompsoncoburn.com

*Attorneys for Defendant Scottrade, Inc.*

By: */s/ Max Ciccarelli*
Max Ciccarelli (General Bar No. 00787242)
Sarah M. Paxson (General Bar No. 24032826)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201–2533
Tel:  214.969.1700
Max.Ciccarelli@tklaw.com
Sarah.Paxson@tklaw.com

*Attorneys for Defendant Southwest Airlines Co.*

By: */s/ John A Leja*
John A. Leja
Polsinelli Shughart PC
161 N. Clark St.
Suite 4200
Chicago, Illinois 60601
Tel: (312) 873-3600
Jleja@polsinelli.com

*Attorneys for Defendant Sprint Nextel Corporation*

By: */s/ Daniel L. Reisner*
David S. Benyacar
Daniel L. Reisner
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

*Attorneys for Defendant Time Warner Cable Inc.*

By: */s/ Alan L. Barry*
Alan L. Barry
Jason A. Engel
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Tel:  312.372.1121
Fax:  312.827.8000
alan.barry@klgates.com
jason.engel@klgates.com

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
Tel:  703.770.7900
Fax:  703.770.7901
william.atkins@pillsburylaw.com
christoper.dorsey@pillsburylaw.com

*Attorneys for Defendants UBS Financial Services, Inc.*

By: */s/ Thomas L. Duston*
Thomas L. Duston
Paul B. Stephens
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel: 312.474.6300

tduston@marshallip.com
pstephens@marshallip.com
ssanderson@marshallip.com

*Attorneys for Defendant United Air Lines, Inc.*

By: */s/ Timothy J. Carroll*
Howard Cabot
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: 602.351.8000

Timothy J. Carroll
Steven M. Lubezny
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Tel: 312.324.8400

Dennis Cecil Hopkins
Manny Caixeiro
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
Tel: 212.262.6900

*Attorneys for Defendants The Vanguard Group, Inc. and Vanguard Marketing Corporation*

By: */s/ Kurt Mathas*
Kurt Mathas
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: 312.558.8329
Fax: 312.558.5700
kmathas@winston.com

Charles B. Molster, III
WINSTON & STRAWN LLP
1700 K. St., NW
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100

cmolster@winston.com

*Attorneys for Defendant Verizon Data Services LLC*

By: */s/ Brooks M. Beard*
Brooks M. Beard (CA Bar 181271)
Richard S.J. Hung (CA Bar 197425)
Danielle Coleman (CA Bar 248456)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7000
Fax: 415.268.7522
bbeard@mofo.com
rhung@mofo.com
dcoleman@mofo.com

*Attorneys for Defendants VMware, Inc., Intuit Inc., and Homestead Technologies Inc.*

By: */s/ Scott D. Sherwin*
Jason C. White
Scott D. Sherwin
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Attorneys for Defendant Walgreen Co.*

By: */s/ John A. Leja*
John A. Leja
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel: 312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant WeeWorld Inc.*

By: */s/ John A. Leja*
John A. Leja

POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel: 312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant Where Are You Now,
Ltd.*

By: */s/ Jackob Ben-Ezra*
Rick L. Rambo, Lead Attorney
Thomas R. Davis
Jackob Ben-Ezra
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713.890.5000
Fax: 713.890.5001
rrambo@morganlewis.com
tdavis@morganlewis.com
jben-ezra@morganlewis.com

Brett M. Schuman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
bschuman@morganlewis.com

*Attorneys for Defendant Windstream
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Edward R. Nelson, III*
Edward R. Nelson, III