# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 | **DATE** | 10/18/2012 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [104], all claims and counterclaims between plaintiff and defendant UBS Financial Services, Inc. are dismissed with prejudice, and UBS Financial Services, Inc. is dismissed with prejudice as a party in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|