**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **UNIFIED MESSAGING** | ) | **MDL No. 2371** |
| | **SOLUTIONS LLC** | ) | **Master Docket No. 12 C 6286** |
| | **PATENT LITIGATION** | ) | |
| | | ) | **Hon. Joan H. Lefkow** |
| | | ) | |
| | | ) | **ALL CASES** |

**JOINT NOTICE OF DRAFT SCHEDULING ORDER**

Pursuant to the Court's order of October 12, 2012 (*see* Minute Entry, Dkt. No. 105),

Plaintiff Unified Messaging Solutions LLC and the undersigned Defendants submit their draft

scheduling order for the case.  The draft order is submitted herewith as Exhibit A.

1

Dated: October 19, 2012

By: */s/_ Edward R. Nelson, III*
Edward R. Nelson, III
Texas State Bar No. 00797142
Lead Counsel
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil
Texas State Bar No. 24069489
Jonathan H. Rastegar
Texas State Bar No. 24064043
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Anthony G. Simon
Illinois State Bar No. 6209056
Michael P. Kella
Illinois State Bar No. 6307908
Benjamin R. Askew
Illinois State Bar No. 223950
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Andrew G. DiNovo

Respectfully submitted,

By: */s/ Yar R. Chaikovsky*
Jeffrey Stone (SBN 6189590)
Matthew Gryzlo (SBN 6243042)
Amol Parikh (SBN 6285077)
MCDERMOTT WILL &EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
jstone@mwe.com
mgryzlo@mwe.com
amparikh@mwe.com

Yar R. Chaikovsky
D. Stuart Bartow
Bryan James
MCDERMOTT WILL &EMERY LLP
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Tel: 650.8145.7400
Fax: 650.815.7401
ychaikovsky@mwe.com
sbartow@mwe.com
bjames@mwe.com

*Attorneys for Defendants, Twitter Inc., and Yahoo! Inc.*

Texas State Bar No. 0079059
Jay D. Ellwanger
Texas State Bar No. 24036522
DINOVO PRICE ELLWANGER &HARDY,LLP
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

*Attorneys For Plaintiff Unified Messaging
Solutions LLC*

By:  */s/ James D. Shead*
Willem G. Schuurman (Texas State Bar No.
17855200)
Syed K. Fareed (Texas State Bar No.
24065216)
James D. Shead (Texas State Bar No.
24070609)
Patrick Doll (Texas State Bar No. 24078432)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
bschuurman@velaw.com
sfareed@velaw.com
jshead@velaw.com
pdoll@velaw.com
ATT-UMS-grpplist@velaw.com

Scott W. Breedlove (Texas State Bar No.
0079036)
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
sbreedlove@velaw.com

*Attorneys for Defendants AT&T Services,
Inc.; SBC Internet Services Inc. d/b/a AT&T
Internet Services;  and AT&T Mobility LLC
f/k/a Cingular Wireless LLC*

By: */s/ Ury Fischer*
Ury Fischer
Florida Bar No. 048534
LOTT & FISCHER, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel:  305.448.7089
Fax:  305.446.6191
UFischer@lottfischer.com

*Attorneys for Defendant Avalanche, LLC*

Steven J. Reynolds
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel:  312.368-4000
Fax:  312.368.7323
steven.reynolds@dlapiper.com

Richard de Bodo
Patrick Park
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067-6023
Tel:  310.595.3000
Fax:  310.595.3300
richard.debodo@dlapiper.com
patrick.park@dlapiper.com

*Attorneys for Defendant Avid Life Media, Inc.*

By: */s/ Jackob Ben-Ezra*
Rick L. Rambo, Lead Attorney
Thomas R. Davis
Jackob Ben-Ezra
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  713.890.5000
Fax:  713.890.5001
rrambo@morganlewis.com
tdavis@morganlewis.com
jben-ezra@morganlewis.com

4

Brett M. Schuman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
bschuman@morganlewis.com

*Attorneys for Defendant Cequel
Communications, LLC d/b/a SuddenLink
Communications*

By: */s/ Bradford P. Lyerla*
Bradford P. Lyerla (IL #3127392)
Reginald J. Hill (IL #6225173)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel:  312.222.9350
Fax:  312.527.0484
blyerla@jenner.com
rhill@jenner.com

*Attorneys for Defendant Charter
Communications, Inc.*

By: */s/ Galyn Gafford*
Edwin R. DeYoung (Texas Bar No. 05673000)
Roger Brian Cowie (Texas Bar No. 00783886)
M. Scott Fuller (Texas Bar No. 24036607)
Galyn Gafford (Texas Bar No. 24040938)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel.:  214.740.8000
Fax:  214.740.8800
edeyoung@lockelord.com

*Attorney for Defendants Citigroup Inc. and
Citibank, N.A.*

By: */s/ Jordan A. Sigale*
Jordan A. Sigale (ARDC No. 6210047)
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654

5

Tel:  312.464.3109
Fax:  312.276.8375
jsigale@loeb.com

*Attorneys for Defendant CMI Marketing, Inc.*

By: */s/ David J. Silbert*
David J. Silbert
(California State Bar No. 173128)
Matthias Kamber
(California State Bar No. 232147)
Melissa J. Miksch
(California State Bar No. 249805)
John Bostic
(California State Bar No. 264367)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel:  415.391.5400
Fax:  415.397.7188
dsilbert@kvn.com
mmiksch@kvn.com
mkamber@kvn.com
jbostic@kvn.com

*Attorneys for Defendant Comcast Cable
Communication LLC*

By: */s/ M. Dru Montgomery*
J. Thad Heartfield
(Texas Bar No. 09346800)
M. Dru Montgomery
(Texas Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  409.866.3318
Fax:  409.866.5789
thad@jth-law.com
dru@jth-law.com

*Attorneys for Defendant Conn's, Inc. and Conn
Appliances, Inc.*

By: */s/ Kimberly A. Warshawsky*
Jerry Fellows

6

Kimberly A. Warshawsky
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602.445.8000
Fax: 602.445.8100
Fellowsj@gtlaw.com
warshawskyk@gtlaw.com

Scott J. Bornstein
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400
bornsteins@gtlaw.com

James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312.456.8400
Fax: 312.456.8435
bornsteins@gtlaw.com

*Attorneys for Defendant Cupid PLC*

By: */s/ Scott D. Sherwin*
Jason C. White
Scott D. Sherwin
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: 312.324.1000
Fax: 312.324.1001
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Attorneys for Defendant Discover Financial
Services, Inc.*

By*: /s/ Benjamin F. Sidbury*
Benjamin F. Sidbury
BRYAN CAVE LLP
One Wells Fargo Center
301 South College Street, Suite 3400
Charlotte, NC 28202
Tel:  704.749.8939
Fax:  704.749.9339
benjamin.sidbury@bryancave.com

Joseph J. Richetti
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
Tel:  212.541.1092
Fax:  212.541.4630
joe.richetti@bryancave.com

Brandy R. McMillion
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Tel:  312.602.5141
Fax:  312.602.5050
brandy.mcmillion@bryancave.com

*Attorneys for Defendant Etsy, Inc.*

By: */s/ Lam Khanh Nguyen*
Lam Khanh Nguyen
COOLEY LLP - PALO ALTO
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel:  650.843.5000
Fax:  650.849.7400
lnguyen@cooley.com

Heidi L. Keefe
Mark R. Weinstein
Sudhir Anantrai Pala
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel:  650.843.5000
Fax:  650.849.7400

8

hkeefe@cooley.com
mweinstein@cooley.com
spala@cooley.com

Jonathan G Graves
Phillip E. Morton
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190
Tel:  703.456.8000
jgraves@cooley.com
pmorton@cooley.com

Michael G Rhodes
COOLEY LLP
101 California Street, 5th floor
San Francisco, CA 94111
Tel:  415.693.2181
rhodesmg@cooley.com

*Attorneys for Defendant Facebook, Inc.*

By: */s/ Thomas L. Duston*
Thomas L. Duston
Kevin D. Hogg
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Tel:  312.474.6300
tduston@marshallip.com
khogg@marshallip.com
ssanderson@marshallip.com

*Counsel for Defendant Groupon, Inc.*

By: */s/ Steven J. Reynolds*
Steven J. Reynolds
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: 312.368.4000
Fax: 312.368.7323
steven.reynolds@dlapiper.com

John M. Guaragna (Bar No. 24043308)
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001
john.guaragna@dlapiper.com

Patrick Park
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067-6023
Tel: 310.595.3000
Fax: 310.595.3300
patrick.park@dlapiper.com

*Attorneys for Defendant HomeAway, Inc.*

By: */s/ Galyn Gafford*
Galyn Gafford
Michael Scott Fuller
Roger B. Cowie
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Tel:  214.740.8614
Fax:  214.740.8800
ggafford@lockelord.com
sfuller@lockelord.com
rcowie@lockelord.com

Gregory Thomas Casamento
LOCKE LORD LLP (NYC)
3 World Financial Center, 20th Floor
New York, NY 10001
Tel: 212.415.8600
Fax:  212.303.2754
gcasamento@lockelord.com

*Attorneys for Defendants HSBC North America
Holdings Inc. and HSBC USA Inc./HSBC Bank
USA, National Association*

By: */s/ Matthew Braunel*
Matthew Braunel
David Jinkins
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6000
Fax: 314.552.7000
mbraunel@thompsoncoburn.com

*Attorneys for Defendant Laclede Gas*

By: */s/ Wasif Qureshi*
Neil J. McNabnay (Texas Bar No. 24002583)
Jane J. Du (Texas Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: 214.747.5070
Fax: 214.747.2091
mcnabnay@fr.com
jjdu@fr.com

Wasif Qureshi (Texas Bar No. 24048155)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel: 713.654.5300
qureshi@fr.com

*Attorneys for Defendant LinkedIn Corporation*

By: */s/ Wasif Qureshi*
Neil J. McNabnay (Texas Bar No. 24002583)
Jane J. Du (Texas Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: 214.747.5070
Fax: 214.747.2091
mcnabnay@fr.com
jjdu@fr.com

Wasif Qureshi (Texas Bar No. 24048155)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800

Houston, TX 77010
Tel: 713-654-5300
qureshi@fr.com

*Attorneys for Defendant Match.com, LLC*

Eric Hugh Findlay
Michael D. Findlay
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Tel:  903.534.1100
Fax:  903.534.1137
efindlay@findlaycraft.com
mfindlay@findlaycraft.com

*Attorneys for Defendant Multiply, Inc*

By: */s/ Kimberly A. Warshawsky*
Jerry Fellows
Kimberly A. Warshawsky
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel:  602.445.8000
Fax:  602.445.8100
Fellowsj@gtlaw.com
warshawskyk@gtlaw.com

*Of Counsel:*
Scott J. Bornstein
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel:  212.801.9200
Fax:  212.801.6400
bornsteins@gtlaw.com

James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel:  312.456.8400
Fax:  312.456.8435
bornsteins@gtlaw.com

*Attorneys for Defendant Northern Illinois Gas
Company*
By: */s/ Kal K. Shah*
Kal K. Shah
THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL  60603
Tel:  312.580.2338
KShah@thompsoncoburn.com

*Attorneys for Defendant Orbitz, LLC*

By: */s/ John A. Leja*
John A. Leja
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel:  312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant PlentyOfFish Media,
Inc.*

By: */s/ Phillip E. Morton*
Jonathan G. Graves (VA Bar #46136)
Phillip E. Morton (VA Bar #71299)
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Tel: 703.456.8000
Fax: 703.456.8100
jgraves@cooley.com
pmorton@cooley.com

*Attorneys for Defendants Qwest Corporation
and Century Tel Broadband Services, LLC*

By: */s/ Eric S. Walters*
Eric S. Walters
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: 415.276.4801
Fax:  415.276.6599

ericwalters@dwt.com

Benjamin J. Byer
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel:  206.622.3150
Fax:  206.757.7105
benbyer@dwt.com

*Attorneys for Defendant Radio One, Inc.*

By: */s/ Jason M. Schwent*
Jason M. Schwent
Thomas E. Douglass
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Tel:  314.552.6291
Fax:  314.552.7291
jschwent@thomascoburn.com
tdouglass@thompsoncoburn.com

*Attorneys for Defendant Scottrade, Inc.*

By: */s/ Max Ciccarelli*
Max Ciccarelli (General Bar No. 00787242)
Sarah M. Paxson (General Bar No. 24032826)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201–2533
Tel:  214.969.1700
Max.Ciccarelli@tklaw.com
Sarah.Paxson@tklaw.com

*Attorneys for Defendant Southwest Airlines Co.*

By: */s/ John A Leja*
John A. Leja
Polsinelli Shughart PC
161 N. Clark St.
Suite 4200
Chicago, Illinois 60601
Tel: (312) 873-3600
Jleja@polsinelli.com

14

*Attorneys for Defendant Sprint Nextel Corporation*

By: */s/ Thomas L. Duston*
Thomas L. Duston
Paul B. Stephens
Scott A. Sanderson
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel: 312.474.6300
tduston@marshallip.com
pstephens@marshallip.com
ssanderson@marshallip.com

*Attorneys for Defendant United Air Lines, Inc.*

By: */s/ Timothy J. Carroll*
Howard Cabot
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel:  602.351.8000

Timothy J. Carroll
Steven M. Lubezny
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Tel:  312.324.8400

Dennis Cecil Hopkins
Manny Caixeiro
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
Tel:  212.262.6900

*Attorneys for Defendants The Vanguard Group, Inc. and Vanguard Marketing Corporation*

By: */s/ Brooks M. Beard*
Brooks M. Beard (CA Bar 181271)

15

Richard S.J. Hung (CA Bar 197425)
Danielle Coleman (CA Bar 248456)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel:  415.268.7000
Fax:  415.268.7522
bbeard@mofo.com
rhung@mofo.com
dcoleman@mofo.com

*Attorneys for Defendants VMware, Inc., Intuit Inc., and Homestead Technologies Inc.*

By: */s/ Scott D. Sherwin*
Jason C. White
Scott D. Sherwin
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Attorneys for Defendant Walgreen Co.*

By: */s/ John A. Leja*
John A. Leja
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel:  312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant WeeWorld Inc.*

By: */s/ John A. Leja*
John A. Leja
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel:  312.873.3600
Jleja@polsinelli.com

*Attorneys for Defendant Where Are You Now,*

16

*Ltd.*

By: */s/ Jackob Ben-Ezra*
Rick L. Rambo, Lead Attorney
Thomas R. Davis
Jackob Ben-Ezra
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  713.890.5000
Fax:  713.890.5001
rrambo@morganlewis.com
tdavis@morganlewis.com
jben-ezra@morganlewis.com

Brett M. Schuman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
bschuman@morganlewis.com

*Attorneys for Defendant Windstream*
*Corporation*

17

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have

consented to electronic service are being served with a copy of this **JOINT PROPOSED CASE**

**MANAGEMENT ORDER**, via the Court's CM/ECF system on October 19, 2012.

By: */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky

DM_US 39380106-1.090262.0011