**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:   UNIFIED MESSAGING<br>             SOLUTIONS LLC<br>             PATENT LITIGATION<br><br><br>**Unified Messaging Solutions LLC v.**<br>**Google, et al; Case No. 12-cv-6292** | **MDL No. 2371**<br><br><br>**Master Docket No. 12-cv-6286**<br>Hon. Joan H. Lefkow |

## STIPULATION OF CORRECT PARTIES

Plaintiff Unified Messaging Solutions LLC ("UMS") and defendants AT&T Services, Inc.; SBC Internet Services, Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC (collectively "AT&T") hereby stipulate and agree that AT&T Inc. is incorrectly listed as a party on Master Docket No. 12-cv-6286, and that the proper party is SBC Internet Services, Inc. d/b/a AT&T Internet Services ("SBC Internet Services"). SBC Internet Services was properly substituted for AT&T Inc. on November 2, 2011. (*See* Civil Action No. 6:11-cv-464, Dkt. No. 75, attached as Ex. A).

Accordingly, UMS's First Amended Complaint for Patent Infringement Against AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC f/k/a Cingular Wireless LLC, Citigroup Inc., Citibank, N.A., Conn's Inc., Conn Appliances, Inc., Twitter Inc., and Yahoo! Inc. ("First Amended Complaint") (Case No. 1:12-cv-06286 Dkt. No. 120) incorrectly lists AT&T, Inc. as a party. To avoid burdening the Court with motion practice to further amend the complaint, UMS and AT&T hereby further stipulate and agree that all references to AT&T, Inc. in the First Amended Complaint shall be substituted with SBC Internet Services, and SBC Internet Services will proceed as a party to this action.

Dated: November 8, 2012

Respectfully submitted,

By:   /s/ Willem G. Schuurman
    Willem G. Schuurman
    LEAD ATTORNEY
    Texas State Bar No. 17855200
    Syed K. Fareed
    Texas State Bar No. 24065216
    James D. Shead
    Texas State Bar No. 24070609
    Patrick Doll
    Texas State Bar No. 24078432
    **VINSON & ELKINS LLP**
    2801 Via Fortuna, Suite 100
    Austin, TX 78746
    Tel:  (512) 542-8400
    Fax: (512) 542-8612
    bschuurman@velaw.com
    sfareed@velaw.com
    jshead@velaw.com
    pdoll@velaw.com
    ATT-UMS-grpplist@velaw.com

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel:  (903) 705-1117
Fax:  (903) 705-1117
ddacus@dacusfirm.com

    Scott W. Breedlove
    Texas State Bar No. 00790361
    **VINSON & ELKINS LLP**
    2001 Ross Avenue, Suite 3700
    Dallas, TX 75201
    Tel:  (214) 220-7700
    Fax: (214) 220-7716
    sbreedlove@velaw.com

    *Attorneys for Defendants AT&T Services,*
    *Inc.; SBC Internet Services Inc. d/b/a*
    *AT&T Internet Services; and AT&T*
    *Mobility LLC f/k/a Cingular Wireless*
    *LLC*

/s/ Edward R. Nelson, III

Edward R. Nelson, III
Texas State Bar No. 00797142
Lead Counsel
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil
Texas State Bar No. 24069489
Jonathan H. Rastegar
Texas State Bar No. 24064043
**NELSON BUMGARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
**INNOVALAW, P.C.**
1900 Ravina Place
Orland Park, IL 60462
Tel: (708) 675-1974
teg@innovalaw.com

*Attorneys for Plaintiff*
*UnifiedMessaging Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of November, 2012, with a copy of this document via the Court's CM/ECF system.

/s/ Willem G. Schuurman

US 1641731v.1