# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No. 6:11cv464 |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC., et al.,** | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Substitute SBC Internet Services, Inc. d/b/a AT&T Internet Services for AT&T Inc. After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

IT IS THEREORE ORDERED that SBC Internet Services, Inc. d/b/a AT&T Internet Services is substituted for AT&T Inc.; that AT&T Inc. is dismissed without prejudice; that SBC Internet Services, Inc. d/b/a AT&T Internet Services shall be permitted to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement in place of AT&T Inc., with such answer or response due on or before the date that is five (5) business days from the date of entry of this Order; and that the caption in this action shall be amended to reflect that SBC Internet Services, Inc. d/b/a AT&T Internet Services is a party to this action and that AT&T Inc. has been removed.

So ORDERED and SIGNED this 2nd day of November, 2011.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**