**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION** | MDL No. 2371<br><br>Master Docket No. 1:12-CV-6286<br><br>Regarding: Case No. 1:12-CV-6292<br><br>Honorable Joan H. Lefkow<br><br>Magistrate Judge Sheila M. Finnegan<br><br>**JURY TRIAL DEMANDED** |

*UNOPPOSED* **MOTION BY AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC.**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR <u>EXTENSION OF TIME TO FILE INITIAL DISCLOSURES</u>**

Defendant **AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC.** (collectively "AT&T") hereby moves, pursuant Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of the November 16, 2012 deadline for AT&T to answer or otherwise respond to the First Amended Complaint for Patent Infringement Against **AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC.** (ECF No. 120) ("FAC").

Defendant AT&T also hereby moves, pursuant Rule 6(b)(1) of the Federal Rules of Civil procedure, for an extension of the November 16, 2012 deadline for AT&T to serve the

1

initial disclosures required in Section II(1) of the Case Scheduling Order filed on October 19, 2012 (ECF No. 162) ("Case Scheduling Order")

In support, AT&T states as follows:

1. On October 12, 2012, Judge Lefkow held a pretrial hearing at which the Court set a number of deadlines for pleadings and discovery and ordered that the parties "submit by 10/19/2012 a draft scheduling order reflecting decisions made at the hearing." (ECF No. 105).

2. On October 19, 2012, the parties filed the Proposed Scheduling Order as required by Judge Lefkow (ECF No. 113-1). The Case Scheduling Order was signed by Judge Lefkow on October 19, 2012, and was distributed by the ECF system on November 15, 2012 (ECF No. 162). The Case Scheduling Order provides that AT&T answer or respond to the FAC by November 16, 2012, and pursuant to Section II(1) of the Case Scheduling Order, AT&T is also to serve initial disclosures by November 16, 2012.

3. Counsel for AT&T met and conferred with counsel for and Plaintiff Unified Messaging Solutions LLC ("UMS") and agreed to request an extension of the November 16, 2012 deadline for AT&T to answer or respond to the FAC and to serve their initial disclosures by twenty-one (21) days.

4. With the requested extensions of time, AT&T's responsive pleading and initial disclosures will be due December 7, 2012.

5. This Motion is not presented for purposes of delay.

WHEREFORE, for the foregoing reasons, AT&T respectfully requests that the Court enter an Order granting an extension of time until December 7, 2012, for AT&T to answer or otherwise respond to the FAC and to serve its initial disclosures.

Dated: November 16, 2012          Respectfully submitted,

                                                                            By:  /s/ *James D. Shead*

| | |
|---|---|
| Deron R Dacus | Willem G. Schuurman |
| **THE DACUS FIRM, PC** | LEAD ATTORNEY |
| 821 ESE Loop 323, Suite 430 | Texas State Bar No. 17855200 |
| Tyler, TX 75701 | Syed K. Fareed |
| Tel: (903) 705-1117 | Texas State Bar No. 24065216 |
| Fax: (903) 705-1117 | James D. Shead |
| ddacus@dacusfirm.com | Texas State Bar No. 24070609 |
| | Patrick Doll |
| | Texas State Bar No. 24078432 |
| | **VINSON & ELKINS LLP** |
| | 2801 Via Fortuna, Suite 100 |
| | Austin, TX 78746 |
| | Tel: (512) 542-8400 |
| | Fax: (512) 542-8612 |
| | bschuurman@velaw.com |
| | sfareed@velaw.com |
| | jshead@velaw.com |
| | pdoll@velaw.com |
| | ATT-UMS-grpplist@velaw.com |
| | |
| | Scott W. Breedlove |
| | Texas State Bar No. 00790361 |
| | **VINSON & ELKINS LLP** |
| | 2001 Ross Avenue, Suite 3700 |
| | Dallas, TX 75201 |
| | Tel: (214) 220-7700 |
| | Fax: (214) 220-7716 |
| | sbreedlove@velaw.com |
| | |
| | *Attorneys for Defendants AT&T Services, Inc.; SBC Internet Services Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC* |

**CERTIFICATE OF ELECTRONIC SERVICE**

    I, James D. Shead, an attorney, hereby certify that on November 16, 2012, I caused to be served true copies of the foregoing *UNOPPOSED* **MOTION BY AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES** by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to all counsel of record, and that a courtesy copy has been forwarded to the Court's e-mail address for this matter at MDL2371_ILND@ilnd.uscourts.gov.

                                                 By:   /s/ *James D. Shead*
                                                         James D. Shead