**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION** | **MDL No. 2371**<br><br>**Master Docket No. 1:12-CV-6286**<br><br>**Regarding: Case No. 1:12-CV-6292**<br><br>**Honorable Joan H. Lefkow**<br><br>**Magistrate Judge Sheila M. Finnegan**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

Please take notice that on Tuesday, November 27, 2012 at 9:15 a.m., or as soon as thereafter as counsel may be heard, I shall appear before the Honorable Sheila M. Finnegan in Courtroom 2214, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present the *UNOPPOSED* **MOTION BY AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES**, a copy of which is accompanied herewith and served upon you.

1

Dated: November 16, 2012

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Respectfully submitted,

By: /s/ *James D. Shead*
Willem G. Schuurman
LEAD ATTORNEY
Texas State Bar No. 17855200
Syed K. Fareed
Texas State Bar No. 24065216
James D. Shead
Texas State Bar No. 24070609
Patrick Doll
Texas State Bar No. 24078432
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
bschuurman@velaw.com
sfareed@velaw.com
jshead@velaw.com
pdoll@velaw.com
ATT-UMS-grpplist@velaw.com

Scott W. Breedlove
Texas State Bar No. 00790361
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
sbreedlove@velaw.com

*Attorneys for Defendants AT&T Services, Inc.; SBC Internet Services Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC*

## CERTIFICATE OF ELECTRONIC SERVICE

I, James D. Shead, an attorney, hereby certify that on November 16, 2012, I caused to be served true copies of the foregoing **NOTICE OF MOTION** and *UNOPPOSED* **MOTION BY AT&T SERVICES, INC., AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES** by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to all counsel of record, and that a courtesy copy has been forwarded to the Court's e-mail address for this matter at MDL2371_ILND@ilnd.uscourts.gov.

By: /s/ *James D. Shead*
James D. Shead