# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (12 C 6642) | **DATE** | 12/11/2012 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [108], all claims between plaintiff and defendants The Bank of New York Mellon Corporation, The Bank of New York Mellon, and BNY Mellon, National Association, are dismissed with prejudice, and The Bank of New York Mellon Corporation, The Bank of New York Mellon, and BNY Mellon, National Association are dismissed with prejudice as parties in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|