**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:     UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | MDL No. 2371<br><br>Master Docket No. 12 C 6286<br><br>Regarding: Case No. 1:12-cv-00753<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF JOINT DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF AND DEFENDANT WEEWORLD INC.**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Unified Messaging Solutions LLC ("Unified Messaging") and Defendant WeeWorld Inc. ("WeeWorld") hereby dismiss without prejudice the claims asserted by Unified Messaging against WeeWorld in this action and the counterclaims asserted by WeeWorld against Unified Messaging in this action, with each party to bear its own costs and fees.

**SO STIPULATED on December 10, 2012:**

/s/ *Timothy E. Grochocinski*
Edward R. Nelson, III
Texas State Bar No. 00797142
Lead Counsel
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil
Texas State Bar No. 24069489
Jonathan H. Rastegar
Texas State Bar No. 24064043
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Anthony G. Simon
Illinois State Bar No. 6209056
Michael P. Kella
Illinois State Bar No. 6307908
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com

Andrew G. DiNovo

/s/ *John A. Leja*
John A. Leja
Polsinelli Shughart PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 873-3670
jleja@polsinelli.com

**ATTORNEYS FOR DEFENDANT WEEWORLD INC.**

Texas State Bar No. 0079059
Jay D. Ellwanger
Texas State Bar No. 24036522
DINOVO PRICE ELLWANGER &
HARDY, LLP
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

**ATTORNEYS FOR PLAINTIFF
UNIFIED MESSAGING SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ John A. Leja*
                                            John A. Leja