-1-

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS, LLC PATENT LITIGATION | § § § § § § § § | MDL No. 2371 (ALL CASES)<br><br>Master Docket No. 12 C 6286 (ALL CASES)<br><br>Hon. Joan H. Lefkow<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION INDEX**

U. S. Patent 6,857,074

File History of '074

U.S. Patent 7,836,141

File History of '141

U.S. Patent 7,895,306

File History of '306

U.S. Patent 7,895,313

File History of '313

U.S. Patent 7,934,148

File History of '148