UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANCO POPULAR NORTH AMERICA, <br><br> Defendant. | MDL No. 2371 <br><br> Master Docket No. 12 C 6286 <br><br> Regarding Civil Action No. 1:13 C 00276 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Sheila M. Finnegan |

## BANCO POPULAR NORTH AMERICA'S NOTICE OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Banco Popular North America, through its attorneys, files this Notice of Affiliates, stating as follows:

1. Banco Popular North America is a wholly-owned subsidiary of Popular, Inc. With the exception of Popular, Inc., no other publicly held corporation owns 5% or more of Banco Popular North America's stock.

2. A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated April 15, 2013

        Respectfully submitted,

        /s/ Terry A. Saad
        John G. Flaim (Lead Counsel)
        (Admitted *Pro Hac Vice*)
        Email: john.flaim@bakermckenzie.com
        Jay F. Utley
        (Admitted *Pro Hac Vice*)
        E-Mail: jay.utley@bakermckenzie.com
        Terry A. Saad
        (Admitted *Pro Hac Vice*)
        Email: terry.saad@bakermckenzie.com
        Baker & McKenzie LLP
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099

        Daniel A. Tallitsch
        Email: Daniel.Tallitsch@bakermckenzie.com
        BAKER & MCKENZIE LLP
        300 East Randolph Street
        Chicago, IL 60601
        T + 312 861 8024
        F + 312 698 2420

        ATTORNEYS FOR DEFENDANT/
        COUNTERCLAIM-PLAINTIFF
        BANCO POPULAR NORTH AMERICA

**CERTIFICATE OF SERVICE**

This document is being transmitted by e-mail to the person(s) at the e-mail address(es) set forth below and all counsel deemed to have consented to electronic service via the ECF system of this District on the date indicated below.

| | |
|---|---|
| Timothy Grochocinski | teg@innovalaw.com |
| Aaron Ward Purser | apurser@innovalaw.com |
| Edward R. Nelson | enelson@nbclaw.net |

I declare under penalty of perjury under the laws of the State of Illinois that the above is true and correct.

Executed on April 15, 2013, at Chicago, Illinois     s/ Terry A. Saad
                                                    Terry A. Saad