# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286<br>13 C 3003 | **DATE** | 5/20/2013 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC Patent Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiff's Unopposed Motion to Substitute Defendant and Reform Caption [dkt.508] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|