**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS, LLC PATENT LITIGATION | § § § § § § § § § | MDL No. 2371 (ALL CASES) Master Docket No. 12 C 6286 (ALL CASES) Hon. Joan H. Lefkow |

**MOTION FOR JUDGMENT ON THE PLEADING THAT THE '141, '306, '313, AND '148 PATENTS ARE UNENFORCEABLE**

The undersigned Defendants respectfully move this Court for judgment on the pleadings that the '141, '306, '313, and '148 patents-in-suit are unenforceable, and for dismissal of those cases in which UMS has only asserted such unenforceable patents. In those cases where the Defendants are also accused of infringing other patents, the Defendants respectfully request that the '141, '306, '313, and '148 patents be dismissed from those actions as unenforceable.

As grounds for this motion, which are more fully set forth in the Memorandum in Support of Defendants' Motion for Judgment on the Pleadings filed contemporaneously herewith, and incorporated herein by reference, Defendants state as follows:

1. The patentee promised the Patent Office, via terminal disclaimers, that four of the patents-in-suit, U.S. Patent Nos. 7,836,141 ("the '141 patent"), 7,895,306 ("the '306 patent"), 7,895,313 ("the '313 patent"), and 7,934,148 ("the '148 patent") (collectively, the "Terminally Disclaimed Patents"), would be "enforceable only for and during such period that it and the prior patents are commonly owned." These terminal disclaimers extend to any grantee, successor or assignee, and therefore, bind UMS.

2. UMS claims to be the exclusive licensee with "ownership of all substantial rights" to the patents-in-suit, making it the owner-in-fact of the Terminally Disclaimed Patents.

3. One prior patent subject to the disclaimers is U.S. Patent No. 6,350,066 ("the '066 patent"). As such, the '066 patent must also be commonly owned by UMS, otherwise the Terminally Disclaimed Patents are unenforceable.

4. UMS has repeatedly and consistently insisted that it has no ownership interest in the '066 patent. During the May 23, 2013 *Markman* Hearing, UMS disavowed any ownership of the '066 patent.

5. Rather, the '066 patent is owned by Advanced Messaging Technologies, Inc. ("AMT"), a different party that, as UMS made clear, has no privity with UMS. AMT has consistently claimed that it "owns by assignment, the entire right, title and interest in and to the '066 Patent" in separate patent infringement action in the Central District of California.

6. Because the '066 patent is not owned by UMS, the party holding ownership of the Terminally Disclaimed Patents, the Terminally Disclaimed Patents are unenforceable as a matter of law.

WHEREFORE, Defendants respectfully request that the Court enter judgment on the pleading that the '141, '306, '313, and '148 patents are unenforceable, and accordingly dismiss all cases in which UMS has only asserted such unenforceable patents.

| Dated: July 3, 2013 | Respectfully submitted,<br><br>By: */s/ Kal K. Shah*<br>Kal K. Shah<br>THOMPSON COBURN LLP<br>55 East Monroe Street<br>Chicago, IL 60603<br>Tel: 312.580.2338<br>KShah@thompsoncoburn.com<br><br>Anthony F. Blum<br>THOMPSON COBURN, LLP<br>One US Bank Plaza |
|---|---|

| | |
|---|---|
| | St. Louis, MO 63101<br>Tel: 314.552.6291<br>ablum@thompsoncoburn.com<br><br>*Attorneys for Defendant ORBITZ, LLC* |
| By: */s/ Deanna R. Swits*<br>Deanna R. Swits (Ill. Bar No. 6287513)<br>dswits@nixonpeabody.com<br>Jason T. Kunze (Ill. Bar No. 6300271)<br>jkunze@nixonpeabody.com<br>Nixon Peabody LLP<br>300 South Riverside Plaza, 16th Floor<br>Chicago, IL 60606<br>Telephone: 312-425-3900<br>Facsimile: 312-425-3909<br><br>Jason C. Kravitz (Mass. Bar No. 565904)<br>(admission pro hac vice to be requested)<br>jkravitz@nixonpeabody.com<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>Telephone: 617-345-1000<br>Facsimile: 617-345-1300<br><br>*Attorneys for Defendant STATE STREET CORPORATION* | By: */s/ Lee F. Johnston*<br>Lee F. Johnston (admitted pro hac vice)<br>Email: johnston.lee@dorsey.com<br>Case Collard<br>Email: collard.case@dorsey.com<br>DORSEY &WHITNEY LLP<br>1400 Wewatta Street, Suite 400<br>Denver, CO 80202<br>Telephone: (303) 629-3400<br>Facsimile: (303) 629-3450<br><br>*Attorneys for Defendant AMERIPRISE FINANCIAL INC.* |
| By: */s/ Rick L. Rambo*<br>Rick L. Rambo, Lead Attorney<br>State Bar No. 00791479<br>rrambo@morganlewis.com<br>Thomas R. Davis<br>State Bar No. 24055384<br>tdavis@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>713.890.5000 Telephone<br>713.890.5001 Facsimile<br><br>*Attorneys for Defendant CEQUEL COMMUNICATIONS,* | By: */s/ M. Dru Montgomery*<br>J. Thad Heartfield<br>(Texas Bar No. 09346800)<br>M. Dru Montgomery<br>(Texas Bar No. 24010800)<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>Tel: 409.866.3318<br>Fax: 409.866.5789<br>thad@jth-law.com<br>dru@jth-law.com<br><br>*Attorneys for Defendants CONN'S, INC. AND CONN APPLIANCES, INC.* |

| | |
|---|---|
| ***LLC D/B/A SUDDENLINK COMMUNICATIONS*** | |
| By: */s/ Thomas L. Duston*<br>Thomas L. Duston<br>Paul B. Stephens<br>Scott A. Sanderson<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>Tel: 312.474.6300<br>tduston@marshallip.com<br>pstephens@marshallip.com<br>ssanderson@marshallip.com<br><br>***Attorneys for Defendant UNITED AIR LINES, INC.*** | By: */s/ Thomas L. Duston*<br>Thomas L. Duston<br>Kevin D. Hogg<br>Scott A. Sanderson<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>Tel: 312.474.6300<br>tduston@marshallip.com<br>khogg@marshallip.com<br>ssanderson@marshallip.com<br><br>***Counsel for Defendant GROUPON, INC.*** |
| By: */s/ Jeffrey G. Mote*<br>Jeffrey G. Mote<br>Matthew J. Levinstein<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br>T: (312) 456-8400 / F: (312) 456-8435<br>motej@gtlaw.com<br>levinsteinm@gtlaw.com<br><br>Jerry Fellows<br>GREENBERG TRAURIG, LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>T: (602) 445-8000 / F: (602) 445-8100<br>fellowsj@gtlaw.com<br><br>***Attorneys for Defendant CUPID PLC.*** | By: */s/ Galyn Gafford*<br>Galyn Gafford<br>Michael Scott Fuller<br>Roger B. Cowie<br>LOCKE LORD BISSELL & LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776<br>Tel: 214.740.8614<br>Fax: 214.740.8800<br>ggafford@lockelord.com<br>sfuller@lockelord.com<br>rcowie@lockelord.com<br><br>Gregory Thomas Casamento<br>LOCKE LORD LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001<br>Tel: 212.415.8600<br>Fax: 212.303.2754<br>gcasamento@lockelord.com<br><br>***Attorneys for Defendants HSBC NORTH AMERICA***<br>***HOLDINGS INC. AND HSBC USA INC./HSBC BANK***<br>***USA, NATIONAL ASSOCIATION*** |

| | |
|---|---|
|     /s/ *D. Stuart Bartow*<br>Jeffrey Stone (SBN 6189590)<br>Matthew Gryzlo (SBN 6243042)<br>Amol Parikh (SBN 6285077)<br>MCDERMOTT WILL &EMERY LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Tel: 312.372.2000<br>Fax: 312.984.7700<br>jstone@mwe.com<br>mgryzlo@mwe.com<br>amparikh@mwe.com<br><br>Yar Chaikovsky<br>D. Stuart Bartow<br>Bryan James<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>(650) 815-7400<br>(650) 815-7401 – fax<br>ychaikovsky@mwe.com<br>sbartow@mwe.com<br>bjames@mwe.com<br><br>**Counsel for Defendant YAHOO! INC.** | By: */s/ Edward Pak*<br>Edward Pak<br>Email: edward@212media.com<br>[212]Media, LLC<br>460 Park Avenue South, 4th Floor<br>New York, NY 10016<br>Telephone: (646) 660-9436<br>Facsimile: (646) 349-4013<br><br>*Attorney for Defendant SPORTSVITE, LLC* |
| By: */s/ Henry Huang*<br>Henry Huang (admitted pro hac vice)<br>Ropes & Gray LLP<br>700 12th St. NW Suite 900<br>Washington, DC 20005<br>(202) 508-4600<br>henry.huang@ropesgray.com<br><br>*Attorney for Defendant Branch Banking and Trust Company* | By: */s/ Benjamin J. Bradford*<br>Reginald J. Hill<br>Benjamin J. Bradford<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Tel.: (312) 222-9350<br>Fax: (312) 527-0484<br><br>*Attorney for Defendant BMO HARRIS BANK N.A.* |
| By: */s/ Beverly A. Marsh*<br>Jeffrey S. Standley<br>F. Michael Speed, Jr.<br>Beverly A. Marsh<br>STANDLEY LAW GROUP LLP<br>6300 Riverside Drive | By: */s/ Jason M. Schwent*<br>Jason M. Schwent<br>Thomas E. Douglass<br>Anthony F. Blum<br>THOMPSON COBURN, LLP<br>One US Bank Plaza |

| | |
|---|---|
| Dublin, Ohio  43017<br>Tel:  (614) 792-5555<br>Fax:  (615) 792-5536<br>jstandley@standleyllp.com<br>mspeed@standleyllp.com<br>bmarsh@standleyllp.com<br><br>***Attorneys for Defendant HUMANA INC.*** | St. Louis, MO 63101<br>Tel: 314.552.6291<br>Fax: 314.552.7291<br>jschwent@thomascoburn.com<br>tdouglass@thompsoncoburn.com<br>ablum@thompsoncoburn.com<br><br>***Attorneys for Defendant SCOTTRADE, INC.*** |
| By:  /s/ *Russell S. Jones, Jr.*<br>Russell S. Jones, Jr. (N.D. IL #30814)<br>POLSINELLI SHUGHART PC<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO 64105<br>(816) 421-3355<br>Fax No.: (816) 374-0509<br>rjones@polsinelli.com<br><br>Jay E. Heidrick<br>POLSINELLI SHUGHART PC<br>6201 College Blvd., Suite 500<br>Overland Park, KS 66211<br>(913) 234-7506<br>Fax No. (913) 451-6205<br>jheidrick@polsinelli.com<br><br>***Attorneys for SPRINT NEXTEL CORPORATION*** | By: */s/ Norwood Jameson*<br>Rachael G. Pontikes (#6275709)<br>rgpontikes@duanemorris.com<br>DUANE MORRIS LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, Illinois  60603<br>(312) 499-6757 (Telephone)<br>(312) 277-6903 (Facsimile)<br><br>L. Norwood Jameson (admitted pro hac vice)<br>(GA Bar No. 003970)<br>Matthew C. Gaudet (admitted pro hac vice)<br>(GA Bar No. 287789)<br>John R. Gibson (admitted pro hac vice)<br>(GA Bar No. 454507)<br>wjameson@duanemorris.com<br>mcgaudet@duanemorris.com<br>jrgibson@duanemorris.com<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, Georgia 30309<br>(404) 253-6900 (Telephone)<br>(404) 253-6901 (Facsimile)<br><br>***Attorneys For Defendants COXCOM, LLC AND EARTHLINK, INC.*** |
| By: */s/ Lauren K. Schwartz*<br>KIRKLAND & ELLIS LLP<br>Brian D. Sieve, P.C.<br>Email: brian.sieve@kirkland.com<br>Craig D. Leavell<br>mail: craig.leavell@kirkland.com<br>Lauren K. Schwartz<br>Email: lauren.schwartz@kirkland.com<br>300 North LaSalle<br>Chicago, IL  60654<br>(312) 862-2000 | By: */s/ Lauren K. Schwartz*<br>Jeffrey G. Mote<br>Matthew J. Levinstein<br>GREENBERG TAURIG, LLP<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br>T: (312) 456-8400 / F: (312) 456-8435<br>motej@gtlaw.com<br>levinsteinm@gtlaw.com |

| | |
|---|---|
| ***Attorneys for Defendant FIRST TENNESSEE BANK NATIONAL ASSOCIATION*** | Jerry Fellows<br>GREENBERG TRAURIG, LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>T: (602) 445-8000 / F: (602) 445-8100<br>fellowsj@gtlaw.com<br><br>***Attorneys for Defendants FRIENDFINDER NETWORKS INC. AND VARIOUS, INC.*** |
| By: */s/ Timothy J. Carroll*<br>Howard Cabot<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>Tel: 602.351.8000<br><br>Timothy J. Carroll<br>Steven M. Lubezny<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603<br>Tel: 312.324.8400<br><br>Manny Caixeiro<br>PERKINS COIE LLP<br>30 Rockefeller Center, 25th Floor<br>New York, NY 10112-0085<br>Tel: 212.262.6900<br><br>***Attorneys for Defendants THE VANGUARD GROUP,<br>INC. AND VANGUARD MARKETING CORPORATION*** | By: */s/ Rick L. Rambo*<br>Rick L. Rambo, Lead Attorney<br>State Bar No. 00791479<br>rrambo@morganlewis.com<br>Thomas R. Davis<br>State Bar No. 24055384<br>tdavis@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>713.890.5000 Telephone<br>713.890.5001 Facsimile<br><br>***Attorneys for Defendant WINDSTREAM CORPORATION*** |
| By: */s/ Rick L. Rambo*<br>Rick L. Rambo, Lead Attorney<br>State Bar No. 00791479<br>rrambo@morganlewis.com<br>Thomas R. Davis<br>State Bar No. 24055384<br>tdavis@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>713.890.5000 Telephone | By: */s/ Brian D. Roche*<br>Brian D. Roche<br>Jennifer Yule DePriest<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, Ill 60606<br>Telephone: 312.207.1000<br>Facsimile: 312.207.6400<br>Email: broche@reedsmith.com<br>Email: jdepriest@reedsmith.com |

| | |
|---|---|
| 713.890.5001 Facsimile<br>Scott D. Sherwin<br>ARDC No. 6293788<br>ssherwin@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, Suite 500<br>Chicago, IL 60601<br>(312) 342-1789 Telephone<br>(312) 324-1001 Facsimile<br><br>***Attorneys for Defendants PNC BANK, N.A., AND RBC BANK (USA)*** | David T. Pollock (application to appear pro hac vice pending)<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: 415.543.8700<br>Facsimile: 415.391.8269<br>Email: dpollock@reedsmith.com<br><br>***Attorneys for Defendant GENERAL ELECTRIC CAPITAL SERVICES, INC.*** |
| By: */s/ Lisa K. Nguyen*<br>Nicholas J. Siciliano<br>LATHAM & WATKINS, LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Telephone: +1.312.777.7021<br>E-Mail: nicholas.siciliano@lw.com<br><br>Richard G. Frenkel<br>(Admitted Pro Hac Vice)<br>Lisa K. Nguyen<br>(Admitted Pro Hac Vice)<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.328.4600<br>E-Mail: rick.frenkel@lw.com<br>E-Mail: lisa.nguyen@lw.com<br><br>***Attorneys for Defendant BANCORPSOUTH, INC.*** | By: */s/ Lisa K. Nguyen*<br>Nicholas J. Siciliano<br>LATHAM & WATKINS, LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Telephone: +1.312.777.7021<br><br>Matthew J. Moore<br>(Admitted as Pro Hac Vice)<br>LATHAM & WATKINS, LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: +1.202.637.2278<br><br>Clement J. Naples<br>(Admitted as Pro Hac Vice)<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: +1.212.906.1331<br><br>Lisa Nguyen<br>(Admitted as Pro Hac Vice)<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.470.4848<br><br>***Attorneys for Defendants GOVERNMENT EMPLOYEES INSURANCE COMPANY AND GEICO ADVANTAGE INSURANCE COMPANY*** |
| By: */s/ Steven J. Reynolds*<br>Steven J. Reynolds |       */s/ D. Stuart Bartow*<br>Jeffrey Stone (SBN 6189590) |

| | |
|---|---|
| (Illinois State Bar No. 6293634)<br>steven.reynolds@dlapiper.com<br>DLA PIPER LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>T. 312.368.3467<br>F. 312.630.6352<br><br>John M. Guaragna (pro hac vice to be filed)<br>(Texas State Bar No. 24043308)<br>john.guaragna@dlapiper.com<br>Brian K. Erickson (pro hac vice to be filed)<br>(Texas State Bar No. 24012594)<br>brian.erickson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, Texas 78701-3799<br>T. 512.457.7000<br>F. 512.457.7001<br><br>***Attorneys for Defendants AMERITRADE HOLDING CORPORATION AND TD AMERITRADE, INC.*** | Matthew Gryzlo (SBN 6243042)<br>Amol Parikh (SBN 6285077)<br>MCDERMOTT WILL &EMERY LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Tel: 312.372.2000<br>Fax: 312.984.7700<br>jstone@mwe.com<br>mgryzlo@mwe.com<br>amparikh@mwe.com<br><br>Yar Chaikovsky<br>D. Stuart Bartow<br>Bryan James<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>(650) 815-7400<br>(650) 815-7401 – fax<br>ychaikovsky@mwe.com<br>sbartow@mwe.com<br>bjames@mwe.com<br><br>**Counsel for Defendant TWITTER INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 3rd day of July, 2013.

                /s/ *Anthony F. Blum*
                Anthony F. Blum