**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:   **UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION** | **MDL No. 2371**<br><br>**Master Docket No. 12 C 6286**<br><br>**JURY TRIAL DEMANDED** |

<u>**STIPULATION RESERVING RIGHT TO APPEAL
AND FOR ENTRY OF FINAL JUDGMENT OF NON-INFRINGEMENT
UNDER THE COURT'S CLAIM CONSTRUCTION**</u>

WHEREAS, Plaintiffs Unified Messaging Solutions LLC ("UMS") and Advanced Messaging Technologies, Inc. ("AMT") (collectively, "Plaintiffs") brought constituent actions in the above-entitled multi-district litigation proceeding (collectively, the "Constituent Actions") against certain defendants, asserting that they infringe certain claims of United States Patent Nos. 6,857,074 (the "'074 Patent"); 7,836,141 (the "'141 Patent"); 7,895,306 (the "'306 Patent"); 7,895,313 (the "'313 Patent"); and/or 7,934,148 (the "'148 Patent") (collectively, the "Patents-in-Suit");

WHEREAS, the defendants to the pending Constituent Actions (collectively, "Defendants") have denied that the Patents-in-Suit are valid or infringed, and have counterclaimed that each of the Patents-in-Suit is not valid and not infringed;

WHEREAS, the term "*message(s) [not including notification message(s)]*" is an element of each asserted claim of each of the Patents-in-Suit;

WHEREAS, in its Rulings on Claim Construction (Doc. 639), issued on December 20, 2013, the Court construed the claim term "*message(s) [not including notification messages]*" to mean "*communication(s) received over a telephone line in audio, facsimile, or data file format*"

and held, among other things, that email messages are not encompassed within the term's purview;

WHEREAS, on February 25, 2014, this Court denied Plaintiffs' Motion for Reconsideration of the Court's construction of the term "*message(s) [not including notification messages]*," holding, among other things, that the term does not encompass "messages [that] might be conveyed by means other than telephone lines, such as computer to computer over the Internet" (*see* Doc. 676);

WHEREAS, the term "*data media type*" is an element of independent claim 1 of the '074 Patent and other claims depending therefrom;

WHEREAS, in its Rulings on Claim Construction (Doc. 639), issued on December 20, 2013, the Court construed the claim term "*data media type*" to mean "*data media file type*" and held, among other things, that email is not encompassed within the term's purview;

WHEREAS, Plaintiffs and Defendants agree: (i) that all Defendants' accused products and systems do not meet the "*message(s) [not including notification messages]*" limitation of all asserted claims of the Patents-in-Suit under the Court's construction; and (ii) the accused systems of Defendants CoxCom, LLC, EarthLink, Inc., Juno Online Services, Inc., NetZero, Inc., Northwestern Mutual Life Insurance Co., and Yahoo! Inc. do not meet the "*data media type*" limitation of asserted claims 1, 2, and 4 of the '074 patent under the Court's construction; and

WHEREAS, to avoid the expense and time for resolving a motion by Defendants for summary judgment of non-infringement, Plaintiffs consent to entry of a Final Judgment of Non-infringement by Defendants of the Patents-in-Suit.

THEREFORE, Plaintiffs and Defendants stipulate as follows:

1.      On the basis of: (i) the Court's constructions of "*message(s) [not including notification messages]*" and "*data media type*" (when applicable); and (ii) the stipulation above that Defendants' accused products and systems do not practice the asserted claims in view of the Court's constructions of "*message(s) [not including notification messages]*" and "*data media type*" (when applicable), either literally or under the doctrine of equivalents, the Court should enter a final judgment of non-infringement in favor of all Defendants as to all of the Patents-in-Suit, both with respect to Plaintiff's offensive claims of infringement and with respect to Defendants' counterclaims for declaratory judgment of non-infringement.  Other issues, including construction of other claim terms of the Patents-in-Suit, do not form a basis of the judgment.

2.      This stipulation is without prejudice to Plaintiffs' right, if any, to re-assert their claims against Defendants should the United States Court of Appeals for the Federal Circuit reverse or modify, in whole or in part, the Court's Rulings on Claim Construction, including the Court's construction of "*message(s) [not including notification message(s)]*" and "*data media type*."

3.      The parties further stipulate that Defendants' counterclaims for declaratory judgment of invalidity and unenforceability should be dismissed WITHOUT PREJUDICE. Defendants retain the right to assert any and all defenses and counterclaims in the future, including in this action.

4.      Plaintiffs and Defendants recognize that Defendants believe that there are additional grounds for summary judgment of non-infringement, including but not limited to grounds based on claim constructions other than the terms "*message(s) [not including notification messages]*" and "*data media type*."  The parties agree that to the extent that the final

judgment is not affirmed on appeal and the case is remanded, Defendants have the right to assert these grounds in the future, including the right to assert other non-infringement grounds as the basis of summary judgment, and Plaintiffs have the right to dispute those grounds.

5.      Plaintiffs and Defendants recognize that this stipulation and agreement as to a final judgment of non-infringement has the same effect for res judicata and collateral estoppel purposes as if Defendants had moved for summary judgment of non-infringement as to each of the Patents-in-Suit based on the Court's construction of "*message(s) [not including notification messages]*" and "*data media type*" (where applicable), and the Court granted the motion.

6.      The foregoing is without prejudice to the rights of Plaintiffs and Defendants to raise on appeal any other issues that may properly be raised.

Plaintiffs and Defendants respectfully request that the Court enter final judgment in the form attached hereto as Final Judgment of Non-Infringement.

**DATED:      June __, 2014**

**WE STIPULATE TO THIS:**

| | |
|---|---|
| /s/ *Timothy E. Grochocinski* | /s/ *Yar R. Chaikovsky* |
| Edward R. Nelson, III | Yar R. Chaikovsky |
| Texas State Bar No. 00797142 | D. Stuart Bartow |
| Lead Counsel | Bryan James |
| Brent N. Bumgardner | **MCDERMOTT WILL &EMERY LLP** |
| Texas State Bar No. 00795272 | 275 Middlefield Rd., Suite 100 |
| Christie B. Lindsey | Menlo Park, CA 94025 |
| Texas State Bar No. 24041918 | Tel:  650.8145.7400 |
| Thomas C. Cecil | Fax:  650.815.7401 |
| Texas State Bar No. 24069489 | ychaikovsky@mwe.com |
| Jonathan H. Rastegar | sbartow@mwe.com |
| Texas State Bar No. 24064043 | bjames@mwe.com |
| **NELSON BUMGARDNER CASTO, P.C.** | |
| 3131 West 7th Street, Suite 300 | Jeffrey Stone (SBN 6189590) |
| Fort Worth, Texas 76107 | Matthew Gryzlo (SBN 6243042) |
| (817) 377-9111 | Amol Parikh (SBN 6285077) |
| enelson@nbclaw.net | **MCDERMOTT WILL &EMERY LLP** |
| bbumgarnder@nbclaw.net | 227 West Monroe Street |
| | Chicago, Illinois 60606 |

clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Anthony G. Simon
Illinois State Bar No. 6209056
Michael P. Kella
Illinois State Bar No. 6307908
Benjamin R. Askew
Illinois State Bar No. 223950
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Andrew G. DiNovo
Texas State Bar No. 0079059
Jay D. Ellwanger
Texas State Bar No. 24036522
**DINOVO PRICE ELLWANGER &
HARDY, LLP**
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

**Attorneys for Plaintiffs
Unified Messaging Solutions LLC and
Advanced Messaging Technologies, Inc.**

Tel: 312.372.2000
Fax: 312.984.7700
jstone@mwe.com
mgryzlo@mwe.com
amparikh@mwe.com

**Attorneys for Yahoo! Inc. and Twitter Inc**

/s/ *Bradford L. Lyerla*
Bradford P. Lyerla
Reginald J. Hill

|   | Peter H. Hanna<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Tel:  312.222.9350<br>Fax: 312.517.0484<br>rhill@jenner.com<br>phanna@jenner.com<br>bbradford@jenner.com<br><br>**Attorneys for Defendant**<br>**BMO Harris Bank N.A.** |
|---|---|
|   | */s/ Edwin R. DeYoung*           <br>Edwin R. DeYoung<br>Roger Brian Cowie<br>Galyn Gafford<br>**LOCKE LORD LLP**<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-6776<br>Tel.:  214.740.8000<br>Fax:  214.740.8800<br>edeyoung@lockelord.com<br>rcowie@lockelord.com<br>ggafford@lockelord.com<br><br>**Attorneys for Defendants**<br>**HSBC Bank USA, Inc.; HSBC Bank USA,**<br>**National Association; HSBC North America**<br>**Holdings, Inc.** |
|   | */s/ M. Dru Montgomery*           <br>J. Thad Heartfield<br>Texas Bar No. 09346800<br>M. Dru Montgomery<br>Texas Bar No. 24010800<br>**THE HEARTFIELD LAW FIRM**<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>Tel:  409.866.3318<br>Fax:  409.866.5789<br>thad@jth-law.com<br>dru@jth-law.com |

|  | **Attorneys for Defendants**<br>**Conn's, Inc. and Conn Appliances, Inc.** |
|---|---|
|  | /s/ *Eric S. Walters*<br>Eric S. Walters<br>**DAVIS WRIGHT TERMAINE LLP**<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Tel: (415) 276-6531<br>Fax: (415) 276-6599<br>ericwalters@dwt.com<br><br>Benjamin J. Byer<br>**DAVIS WRIGHT TREMAINE, LLP (WA)**<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: (206) 757-8105<br>Fax: (206) 757-7105<br>benbyer@dwt.com<br>elainefischman@dwt.com<br>marilynboyd@dwt.com<br><br>Edward Pak<br>**[212]MEDIA, LLC**<br>460 Park Avenue South, 4th Floor<br>New York, NY 10016<br>Telephone: (646) 660-9436<br>Facsimile: (646) 349-4013<br>edward@212media.com<br><br>**Attorneys for Defendant**<br>**Sportsvite, LLC** |
|  | /s/ *Eric B. Hall*<br>Joseph P. Lombardo<br>**CHAPMAN AND CUTLER LLP**<br>111 W. Monroe<br>Chicago, Illinois 60603<br>Telephone: (312) 845-3428<br>Facsimile: (312) 516-1428<br>lombardo@chapman.com<br><br>Eric B. Hall<br>Seth E. Jaffe |

|  | **FULBRIGHT & JAWORSKI L.L.P.**<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>eric.hall@nortonrosefulbright.com<br>seth.jaffe@nortonrosefulbirght.com<br><br>**Attorneys for Defendants**<br>**Huntington Bancshares Inc.** |
|---|---|
|  | _/s/ Jerry Fellows_<br>Jerry Fellows<br>Kimberly A. Warshawsky<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>Tel: 602.445.8000<br>Fax: 602.445.8100<br>Fellowsj@gtlaw.com<br>warshawskyk@gtlaw.com<br><br>Scott J. Bornstein<br>**GREENBERG TRAURIG, LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212.801.9200<br>Fax: 212.801.6400<br><br>Jeffrey G. Mote<br>James J. Lukas, Jr.<br>Matthew J. Levinstein<br>**GREENBERG TRAURIG, LLP**<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>motej@gtlaw.com<br><br>**Attorneys for Defendants**<br>**Cupid PLC; FriendFinder Networks, Inc.**<br>**and Various, Inc.** |

|  | /s/ *Wasif Qureshi*<br>Neil J. McNabnay<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: 214.747.5070<br>Fax: 214.747.2091<br>mcnabnay@fr.com<br><br>Wasif Qureshi<br>**FISH & RICHARDSON P.C.**<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: 713.654.5300<br>qureshi@fr.com<br><br>**Attorneys for Defendant Compass Bank** |
|  | /s/ *Wasif Qureshi*<br>Neil J. McNabnay<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: 214.747.5070<br>Fax: 214.747.2091<br>mcnabnay@fr.com<br><br>Wasif Qureshi<br>**FISH & RICHARDSON P.C.**<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: 713.654.5300<br>qureshi@fr.com<br><br>Michael T. Zoppo<br>**FISH & RICHARDSON P.C.**<br>601 Lexington Avenue, 52nd floor<br>New York, NY 10022<br>Tel: 212.641.2268<br>zoppo@fr.com<br><br>**Attorneys for Defendant United Services Automobile Association** |
|  | /s/ *David Barkan* |

|  | David Barkan<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: 650-839-5070<br>Fax: 650-839-5071<br>barkan@fr.com<br><br>Scott Penner<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, CA 92130<br>Tel: 858-678-5070<br>Fax: 858-678-5099<br>penner@fr.com<br><br>Wasif Qureshi<br>**FISH & RICHARDSON P.C.**<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: 713.654.5300<br>qureshi@fr.com<br><br>**Attorneys for Defendant Northwestern Mutual Life Insurance Co.** |
|---|---|
|  | */s/ Thomas L. Duston*<br>Thomas L. Duston<br>Kevin D. Hogg<br>Scott A. Sanderson<br>**MARSHALL, GERSTEIN & BORUN LLP**<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>Tel: 312.474.6300<br>khogg@marshallip.com<br>ssanderson@marshallip.com<br>tduston@marshallip.com<br><br>**Attorneys for Defendants**<br>**Groupon, Inc. and United Airlines, Inc.** |
|  | */s/ Eric Hugh Findlay* |

|  | Eric Hugh Findlay<br>Michael D. Findlay<br>**Findlay Craft, P.C.**<br>102 North College Ave.<br>Suite 900<br>Tyler, TX 75702<br>Tel: 903.534.1100<br>Fax: 903.534.1137<br>efindlay@findlaycraft.com<br>mfindlay@findlaycraft.com<br><br>**Attorney for Defendant**<br>**Multiply, Inc.** |
|--|----------------------------------------------------------------------------------------------------------------------------------------------------|
|  | /s/ *Jay F. Utley*<br>Jay F. Utley<br>John G. Flaim<br>Terry A. Saad<br>**BAKER & MCKENZIE LLP**<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>T + 214 978 3000<br>F + 214 978 3099<br>john.flaim@bakermckenzie.com<br>terry.saad@bakermckenzie.com<br>jay.utley@bakermckenzie.com<br><br>Daniel A. Tallitsch<br>**BAKER & MCKENZIE LLP**<br>300 East Randolph Street<br>Chicago, IL 60601<br>T + 312 861 8024<br>F + 312 698 2420<br>daniel.tallitsch@bakermckenzie.com<br><br>**Attorneys for Defendants**<br>**Fidelity National Information Services, Inc.;**<br>**Metavante Corporation;**<br>**Banco Popular North America; EverBank;**<br>**and People's United Bank** |
|  | /s/ *Jeffrey A. Pine*<br>Jeffrey A. Pine<br>**DYKEMA GOSSETT PLLC**<br>10 South Wacker Drive, Suite 2300 |

|  | Chicago, Illinois 60606<br>(312) 876-1700<br>jpine@dykema.com<br><br>John G. Flaim<br>**BAKER & MCKENZIE LLP**<br><br>Allan J. Sternstein<br>**LATHROP & GAGE LLP**<br>155 N. Wacker Drive, Suite 3050<br>Chicago, IL 60606<br>312.920.3300<br>asternstein@lathropgage.com<br><br>**Attorneys for Defendant**<br>**Fifth Third Bancorp** |
|  | */s/ Jason M. Schwent*<br>Thomas E. Douglas<br>Jason M. Schwent<br>Anthony F. Blum<br>**THOMPSON COBURN LLP**<br>One US Bank Plaza<br>St. Louis, MO 63101<br>314-552-6030<br>tdouglas@thompsoncoburn.com<br>jschwent@thompsoncoburn.com<br>ablum@thompsoncoburn.com<br><br>**Attorneys for Defendant**<br>**Scottrade, Inc.** |
|  | */s/ John A. Leja*<br>John A. Leja<br>**POLSINELLI PC**<br>161 N. Clark St.<br>Suite 4200<br>Chicago, Illinois 60601<br>Tel: (312) 873-3600<br>Jleja@polsinelli.com<br><br>Russell S. Jones, Jr.<br>Jay E. Heidrick<br>**POLSINELLI PC**<br>900 W. 48th Place, Suite 900 |

| | |
|---|---|
| | Kansas City, MO 64112<br>816.753.1000<br>816.753.1536 (fax)<br>rjones@polsinelli.com<br>jheidrick@polsinelli.com<br><br>**Attorney for Defendant**<br>**Sprint Nextel Corporation** |
| | /s/ *Max Ciccarelli*<br>Max Ciccarelli<br>**THOMPSON & KNIGHT, LLP**<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>214.969.1599 (Phone)<br>214.999.1623 (Fax)<br>Max.Ciccarelli@tklaw.com<br><br>**Attorneys for Defendant**<br>**Southwest Airlines Co.** |
| | /s/ *Thomas L. Duston*<br>Thomas L. Duston<br>Paul B. Stephens<br>Scott A. Sanderson<br>**MARSHALL, GERSTEIN & BORUN LLP**<br>6300 Willis Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>Tel: 312.474.6300<br>tduston@marshallip.com<br>pstephens@marshallip.com<br>ssanderson@marshallip.com<br><br>**Attorneys for Defendant**<br>**United Air Lines, Inc.** |
| | /s/ *Howard Cabot*<br>Howard Cabot<br>**PERKINS COIE LLP**<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>Tel:  602.351.8000 |

Timothy J. Carroll
Steven M. Lubezny
**PERKINS COIE LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Tel: 312.324.8400
tcarroll@perkinscoie.com
slubezny@perkinscoie.com

Dennis Cecil Hopkins
Manny Caixeiro
**PERKINS COIE LLP**
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
Tel: 212.262.6900
mcaixeiro@perkinscoie.com

**Attorneys for Defendants**
**The Vanguard Group, Inc. and Vanguard**
**Marketing Corporation**

/s/ *Adam A. Hachikian*
Adam A. Hachikian
Martin B. Carroll
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
312.224.1200

Ryan Schultz
Michael A. CollyardSch
**ROBINS, KAPLAN, MILLER & CIRESI**
**LLP**
2800 LaSalle Plaza,
800 LaSalle Avenue
Minneapolis, MN 55402
612.349.8500

**Attorneys for Defendants**
**U.S. Bancorp and U.S. Bank National**
**Association**

/s/ *David Pollock*
Brian D. Roche

Jennifer Yile DePriest
David Pollock
**REED SMITH LLP**
10 South Wacker Drive
Chicago, IL 60606
312.207.1000
Fax:  312.207.6400
broche@reedsmith.com
jdepriest@reedsmith.com
dpollock@reedsmith.com

**Attorneys for Defendant**
**General Electric Capital Services, Inc.**

/s/ *Deanna R. Swits*
Jason T. Kunze
Jason C. Kravitz
Deanna R. Swits
**NIXON PEABODY LLP**
300 S. Riverside Plaza, 16th floor
Chicago, IL 60606
312.425.3973
Fax:  866.843.0475
jkravitz@nixonpeabody.com

**Attorneys for Defendants**
**State Street Bank and State Street**
**Corporation**

/s/ *Andrew V. Devkar*
Richard de Bodo
Andrew Devkar
**BINGHAM MCCUTCHEN LLP**
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
Telephone:  (310) 907-1000
Facsimile:   (310) 907-2000
andrew.devkar@bingham.com

**Attorneys for Defendants**
**SunTrust Banks, Inc. and SunTrust Bank**

|  | /s/ *Lisa K. Nguyen* |
|  | Nicholas J. Siciliano |
|  | **LATHAM & WATKINS LLP** |
|  | 233 South Wacker Drive, Suite 5800 |
|  | Chicago, IL 60606 |
|  | 312.876.7700 |
|  | nicholas.siciliano@lw.com |
|  |  |
|  | Matthew J. Moore |
|  | **LATHAM & WATKINS LLP** |
|  | 555 Eleventh Street, NW, Suite 1000 |
|  | Washington, DC 20004 |
|  | 202.637.2200 |
|  | matthew.moore@lw.com |
|  |  |
|  | Clement J. Naples |
|  | **LATHAM & WATKINS LLP** |
|  | 885 Third Avenue |
|  | New York, NY 10022 |
|  | 212.906.1331 |
|  | clement.naples@lw.com |
|  |  |
|  | Lisa K. Nguyen |
|  | **LATHAM & WATKINS LLP** |
|  | 140 Scott Drive |
|  | Menlo Park, CA 94025 |
|  | 650.328.4600 |
|  | lisa.nguyen@lw.com |
|  |  |
|  | **Attorneys for Defendants Government Employees Insurance Company and GEICO Advantage Insurance Company** |
|  | /s/ *Emma Harty* |
|  | David A. Roodman #6205845 |
|  | Nick E. Williamson (*pro hac vice*) |
|  | Emma C. Harty (*pro hac vice*) |
|  | **BRYAN CAVE LLP** |
|  | One Metropolitan Square |
|  | 211 North Broadway, Suite 3600 |
|  | St. Louis, MO 63102-2750 |
|  | Telephone: (314) 259-2000 |
|  | Facsimile: (314) 259-2020 |
|  | daroodman@bryancave.com |

|  | emma.harty@bryancave.com |
|  | |
|  | Walter Jones, Jr. (ARDC No. 1365665)<br>Jorge Cazares (ARDC No. 6203952)<br>Rachel C. Steiner (ARDC No. 6284064)<br>**PUGH, JONES & JOHNSON**<br>180 North LaSalle Street<br>Suite 3400<br>Chicago, IL 60601<br>Telephone: (312) 768-7800<br>Facsimile: (312) 768-7801<br>wjones@pjjlaw.com<br>jcazares@pjjlaw.com<br>rsteiner@pjjlaw.com<br><br>**Attorneys for Defendant**<br>**Fiserv, Inc. and Sovereign Bank, N.A.** |
|  | /s/ *William J. Robinson*<br>William J. Robinson<br>Jean-Paul Ciardullo<br>Justin Sobaje<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071<br>wrobinson@foley.com<br>jciardullo@foley.com<br>jsobaje@foley.com<br><br>Jason J. Keener III<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654<br>312.832.4500<br>jkeener@foley.com<br><br>**Attorneys for Defendants**<br>**Juno Online Services, Inc., NetZero, Inc.**<br>**and Classmates, Inc.** |
|  | /s/ *Jeffrey S. Standley*<br>Jeffrey S. Standley<br>F. Michael Speed, Jr.<br>Beverly A. Marsh<br>**STANDLEY LAW GROUP LLP** |

<table>
<tr><td></td><td>

6300 Riverside Drive
Dublin, OH 43017
Tel:  614.792.5555
jstandley@standleyllp.com
mspeed@standleyllp.com
bmarsh@standleyllp.com

**Attorney for Defendant
Humana Inc.**

</td></tr>
<tr><td></td><td>

/s/ *Matthew C. Gaudet*
Matthew C. Gaudet
John R. Gibson
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
404.253.6934
jrgibson@duanemorris.com
mcgaudet@duanemorris.com

Rachael G. Pontikes
**DUANE MORRIS LLP**
190 South LaSalle Street
Suite 3700
Chicago, Illinois 60603
(312) 499-6757 (Telephone)
(312) 277-6903 (Facsimile)
rgpontikes@duanemorris.com
wjameson@duanemorris.com

**Attorney for Defendants
Earthlink, Inc. and CoxCom, LLC**

</td></tr>
<tr><td></td><td>

/s/ *Zach Hilton*
**CARSTENS & CAHOON, LLP**
Hilton@cclaw.com

**Attorneys for Defendant
TrueBeginnings, LLC**

</td></tr>
<tr><td></td><td>

/s/ *John B. Campbell*
John B. Campbell
**MCKOOL SMITH, P.C.**

</td></tr>
</table>

|  | 300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>512.692.8730<br>jcampbell@mckoolsmith.com<br><br>Ivan Wang<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>214.978.4247<br>iwang@mckoolsmith.com<br><br>**Attorneys for Defendant**<br>**American Airlines, Inc.** |
|---|---|
|  | */s/Stephen E. Baskin*<br>Stephen E. Baskin<br>Dara M. Kurlancheek<br>**MAYER BROWN LLP**<br>1999 K. Street, N.W.<br>Washington, D.C. 20006<br>202.263.3364<br>sbaskin@mayerbrown.com<br><br>Melissa A. Anyetei<br>**MAYER BROWN LLP**<br>71 S. Wacker Street<br>Chicago, IL 60606<br><br>**Attorneys for Defendant**<br>**BancorpSouth, Inc.** |
|  | */s/ John D. Clayman*<br>Frederic Dorwart, OBA No. 2436<br>John D. Clayman, OBA No. 11790<br>Texas Bar No. 24066338<br>**FREDERIC DORWART, LAWYERS**<br>Old City Hall<br>124 East 4th Street<br>Tulsa, Oklahoma 74103<br>Telephone (918) 583-9922<br>Facsimile: (918) 584-2729<br>jclayman@fdlaw.com<br><br>**Attorneys for Defendant** |

|  | **BOKF, NA** |
|---|---|
|  | */s/Kal K. Shah*<br>Kal K. Shah<br>**EDWARDS WILDMAN PALMER LLC**<br>225 W. Wacker Drive<br>Chicago, IL 60606<br>312-201-2000<br>kshah@edwardswildman.com<br><br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606<br>Direct:  + 1 312 201 2225<br>[Internal Extension 3225]<br>Fax:  + 1 855 572 1965<br>Main: + 1 312 201 2000<br>kshah@edwardswildman.com<br><br>www.edwardswildman.com<br><br>**Attorneys for Defendant<br>Orbitz LLC** |
|  |  |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski