**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION** | **MDL No. 2371** <br><br> **Master Docket No. 12 C 6286** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **FACEBOOK, INC., et al.,** <br><br> Defendants. | **Civil Action No. 1:12-cv-06291** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br> Defendants. | **Civil Action No. 1:12-cv-06292** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN AIRLINES, INC.,** <br><br> Defendant. | **Civil Action No. 1:12-cv-06293** <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SOUTHWEST AIRLINES CO.,** <br><br> Defendant. | **Civil Action No. 1:12-cv-01490** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE VANGUARD GROUP, INC. and THE VANGUARD MARKETING CORPRATION,** <br><br> Defendants. | **Civil Action No. 1:12-cv-03618** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SPORTSVITE, LLC,** <br><br> Defendant. | **CIVIL CASE NO. 1:12-cv-04413** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GROUPON, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:12-cv-01488** <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** Plaintiffs, v. **ORBITZ, LLC,** Defendant. | **CIVIL CASE NO. 1:12-cv-01489** **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** Plaintiffs, v. **UNITED AIR LINES, INC.,** Defendant. | **CIVIL CASE NO. 1:12-cv-01492** **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** Plaintiffs, v. **HSBC NORTH AMERICA HOLDINGS INC.; HSBC USA INC., and HSBC BANK USA, NATIONAL ASSOCIATION,** Defendants. | **Civil Action No. 1:12-CV-03875** **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** Plaintiffs, v. **SCOTTRADE, INC.,** Defendant. | **CIVIL CASE NO. 4:12-cv-00370** **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 4:12-cv-00371** |
| v. | **JURY TRIAL DEMANDED** |
| **SPRINT NEXTEL CORPORATION,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:12-cv-06636** |
| v. | **JURY TRIAL DEMANDED** |
| **SHAWGUIDES INC.,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:12-cv-06637** |
| v. | **JURY TRIAL DEMANDED** |
| **MULTIPLY, INC.,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 6:12-cv-00290** |
| v. | **JURY TRIAL DEMANDED** |
| **CUPID, PLC,** | |
| Defendant. | |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **BMO HARRIS BANK N.A.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00267** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **EARTHLINK, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00269** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **FIFTH THIRD BANCORP,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00270** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GENERAL ELECTRIC CAPITAL SERVICES, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00271** <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **HUNTINGTON BANCSHARES, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00272** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE NORTHWEST MUTUAL LIFE INSURANCE COMPANY,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00273** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **PEOPLE'S UNITED FINANCIAL, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00274** <br><br> **JURY TRIAL DEMANDED** |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SANTANDER HOLDINGS USA, INC.,** <br><br> Defendant. | **CIVIL CASE NO. 1:13-cv-00277** <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00276** |
| v. | **JURY TRIAL DEMANDED** |
| **POPULAR, INC.,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00278** |
| v. | **JURY TRIAL DEMANDED** |
| **STATE STREET CORPORATION,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00324** |
| v. | **JURY TRIAL DEMANDED** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO ADVANTAGE INSURANCE COMPANY,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00327** |
| v. | **JURY TRIAL DEMANDED** |
| **BB&T CORPORATION and BRANCH BANKING AND TRUST COMPANY,** | |
| Defendants. | |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00333** |
| v. | **JURY TRIAL DEMANDED** |
| **COX ENTERPRISES, INC. and COX COMMUNICATIONS, INC.,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00337** |
| v. | **JURY TRIAL DEMANDED** |
| **FIDELITY NATIONAL INFORMATION SERVICES, INC. and METAVANTE CORPORATION,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00338** |
| v. | **JURY TRIAL DEMANDED** |
| **FISERV, INC.,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00339** |
| v. | **JURY TRIAL DEMANDED** |
| **FRIENDFINDER NETWORKS INC. and VARIOUS, INC.,** | |
| Defendants. | |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00340** |
| v. | **JURY TRIAL DEMANDED** |
| **SUNTRUST BANKS, INC. and SUNTRUST BANK,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00343** |
| v. | **JURY TRIAL DEMANDED** |
| **UNITED ONLINE, INC., JUNO ONLINE SERVICES, INC., NETZERO, INC., and MEMORY LANE, INC.,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-00344** |
| v. | **JURY TRIAL DEMANDED** |
| **U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,** | |
| Defendants. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-02999** |
| v. | **JURY TRIAL DEMANDED** |
| **HUMANA, INC.,** | |
| Defendant. | |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-03001** |
| v. | **JURY TRIAL DEMANDED** |
| **EVERBANK,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-03002** |
| v. | **JURY TRIAL DEMANDED** |
| **BANCORPSOUTH, INC.,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-03007** |
| v. | **JURY TRIAL DEMANDED** |
| **COMPASS BANK,** | |
| Defendant. | |
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-03008** |
| v. | **JURY TRIAL DEMANDED** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION,** | |
| Defendant. | |

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC, et al.,** | |
| Plaintiffs, | **CIVIL CASE NO. 1:13-cv-05595** |
| v. | **JURY TRIAL DEMANDED** |
| **BOKF, NA,** | |
| Defendant. | |

## NOTICE OF APPEAL

## (TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT)

Notice is hereby given that Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc., Plaintiffs in the above-captioned multi-district litigation and its constituent civil actions (collectively, the "Constituent Actions"), hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment of Non-Infringement (ECF No. 713) entered in the Constituent Actions on or about June 13, 2014, and all orders that are intertwined with, that are related to, or that resulted in such Judgment including, but not limited to:

- Rulings on Claim Construction (ECF No. 639), issued on December 20, 2013; and

- Order (ECF No. 676) denying Plaintiffs' Motion for Reconsideration, entered on February 25, 2014.

Included is payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

**DATED:** June 27, 2014         /s/ Edward R. Nelson, III
Edward R. Nelson, III
Texas State Bar No. 00797142
Lead Counsel
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil
Texas State Bar No. 24069489
Jonathan H. Rastegar
Texas State Bar No. 24064043
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Anthony G. Simon
Illinois State Bar No. 6209056
Michael P. Kella
Illinois State Bar No. 6307908
Benjamin R. Askew
Illinois State Bar No. 223950
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

          Andrew G. DiNovo
          Texas State Bar No. 0079059
          Jay D. Ellwanger
          Texas State Bar No. 24036522
          DINOVO PRICE ELLWANGER &
          HARDY, LLP
          700 N. Mopac Expy, Suite 350
          Austin, Texas 78731
          (512) 539-2631
          adinovo@dpelaw.com
          jellwanger@dpelaw.com

**Attorneys for Plaintiffs**
**Unified Messaging Solutions LLC and**
**Advanced Messaging Technologies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

          */s/ Edward R. Nelson, III*
          Edward R. Nelson, III