# EXHIBIT

# 3

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|---------|----------|------------------------|--------|
| 10/31/2013 | 00PCL | | | 5 | 0.50 |
| 10/31/2013 | TXEDC | | | 113 | 11.30 |
| PAGES | SUBTOTAL FOR 31964-10000 | | | 118 | 11.80 |

SUBTOTAL FOR CLIENT CODE: 31964-10000                                        11.80

CLIENT CODE: 31964-10002

| 10/17/2013 | ILNDC | | | 30 | 3.00 |
|------|------|---------|----------|------------------------|--------|
| 11/04/2013 | DEDC | | | 14 | 1.40 |
| 11/04/2013 | ILNDC | | | 30 | 3.00 |
| 11/07/2013 | ILNDC | | | 31 | 3.10 |
| 12/10/2013 | 00PCL | | | 28 | 2.80 |
| 12/10/2013 | CACDC | | | 19 | 1.90 |
| 12/10/2013 | CANDC | | | 19 | 1.90 |
| 12/10/2013 | ILNDC | | | 101 | 10.10 |
| 12/11/2013 | 00PCL | | | 1 | 0.10 |
| 12/11/2013 | ILNDC | | | 55 | 5.50 |
| 12/20/2013 | ILNDC | | | 30 | 3.00 |
| PAGES | SUBTOTAL FOR 31964-10002 | | | 358 | 35.80 |

SUBTOTAL FOR CLIENT CODE: 31964-10002                                        35.80

CLIENT CODE: 31964-10012

| 10/02/2013 | 00PCL | | | 17 | 1.70 |
|------|------|---------|----------|------------------------|--------|
| 10/02/2013 | CANDC | | | 71 | 7.10 |
| 10/02/2013 | TXEDC | | | 69 | 6.90 |
| 10/10/2013 | 00PCL | | | 11 | 1.10 |
| 10/10/2013 | CACDC | | | 19 | 1.90 |
| 10/10/2013 | CANDC | | | 80 | 8.00 |
| 10/11/2013 | CANDC | | | 23 | 2.30 |
| 10/22/2013 | CANDC | | | 7 | 0.70 |
| 10/23/2013 | CANDC | | | 7 | 0.70 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|-----------------------|---------|----------|------------------------|--------|
| 10/14/2013 | 00PCL | | | 8 | 0.80 |
| 10/14/2013 | DEDC | | | 12 | 1.20 |
| 10/14/2013 | TXEDC | | | 4 | 0.40 |
| 10/14/2013 | TXNDC | | | 15 | 1.50 |
| 10/14/2013 | TXWDC | | | 3 | 0.30 |
| 10/28/2013 | 00PCL | | | 9 | 0.90 |
| 10/28/2013 | DEDC | | | 13 | 1.30 |
| 10/28/2013 | TXEDC | | | 5 | 0.50 |
| 10/28/2013 | TXNDC | | | 15 | 1.50 |
| 10/28/2013 | TXWDC | | | 3 | 0.30 |
| 11/12/2013 | DEDC | | | 3 | 0.30 |
| 11/15/2013 | TXEDC | | | 3 | 0.30 |
| 11/25/2013 | 00PCL | | | 7 | 0.70 |
| 11/25/2013 | DEDC | | | 19 | 1.90 |
| 11/25/2013 | TXEDC | | | 3 | 0.30 |
| 11/25/2013 | TXNDC | | | 13 | 1.30 |
| 11/25/2013 | TXWDC | | | 3 | 0.30 |
| 12/05/2013 | DEDC | | | 23 | 2.30 |
| PAGES | SUBTOTAL FOR 31964-10015 | | | 246 | 24.60 |

SUBTOTAL FOR CLIENT CODE: 31964-10015                               24.60

CLIENT CODE: 31964-10015-RJZ

| 12/04/2013 | 00PCL | | | 1 | 0.10 |
|------------|-------|--|--|---|------|
| 12/04/2013 | ILNDC | | | 38 | 3.80 |
| PAGES | SUBTOTAL FOR 31964-10015-RJZ | | | 39 | 3.90 |

SUBTOTAL FOR CLIENT CODE: 31964-10015-RJZ                          3.90

CLIENT CODE: 31964/10002

| 11/22/2013 | ILNDC | | | 31 | 3.10 |
|------------|-------|--|--|----|------|
| 12/09/2013 | CACDC | | | 21 | 2.10 |

3.90

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|---------|----------|-----------|--------|
| PAGES | SUBTOTAL FOR 31964/10002 | | | 52 | 5.20 |
| SUBTOTAL FOR CLIENT CODE: 31964/10002 | | | | | 5.20 |

CLIENT CODE: 31964/10012

| DATE | COURT | | | PAGES | AMOUNT |
|------|-------|---|---|-------|--------|
| 10/21/2013 | CANDC | | | 8 | 0.80 |
| 10/22/2013 | CANDC | | | 16 | 1.60 |
| 10/24/2013 | CANDC | | | 15 | 1.50 |
| 10/24/2013 | DEDC | | | 4 | 0.40 |
| 11/04/2013 | CANDC | | | 15 | 1.50 |
| 11/11/2013 | CANDC | | | 104 | 10.40 |
| 11/12/2013 | TXEDC | | | 2 | 0.20 |
| 11/14/2013 | CANDC | | | 9 | 0.90 |
| 11/14/2013 | DEDC | | | 5 | 0.50 |
| 11/25/2013 | CANDC | | | 118 | 11.80 |
| 11/25/2013 | ILNDC | | | 36 | 3.60 |
| 11/25/2013 | TXEDC | | | 34 | 3.40 |
| 12/05/2013 | CANDC | | | 44 | 4.40 |
| 12/06/2013 | TXEDC | | | 63 | 6.30 |
| 12/11/2013 | 00PCL | | | 4 | 0.40 |
| 12/11/2013 | CANDC | | | 15 | 1.50 |
| 12/12/2013 | 00PCL | | | 1 | 0.10 |
| 12/12/2013 | CANDC | | | 60 | 6.00 |
| 12/18/2013 | CANDC | | | 1,990 | 199.00 |
| 12/19/2013 | CANDC | | | 10 | 1.00 |
| 12/20/2013 | CANDC | | | 5 | 0.50 |
| 12/21/2013 | TXEDC | | | 9 | 0.90 |
| 12/21/2013 | TXSDC | | | 29 | 2.90 |
| 12/26/2013 | DEDC | | | 6 | 0.60 |
| 12/27/2013 | CANDC | | | 213 | 21.30 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|

--------------------------------------------------------------------------

SUBTOTAL FOR CLIENT CODE: 31877-10143                                     12.10

CLIENT CODE: 31964
  12/13/2012  TXEDC                                    12        1.20

PAGES      SUBTOTAL FOR  31964                         12        1.20

SUBTOTAL FOR CLIENT CODE: 31964 /10002                              1.20

CLIENT CODE: 31964-10000
  10/08/2012  00PCL                                     7        0.70

  10/08/2012  ORDC                                     32        3.20

  10/08/2012  TXEDC                                    96        9.60

  11/01/2012  00PCL                                     1        0.10

  11/08/2012  TXEDC                                    37        3.70

  12/10/2012  00PCL                                     1        0.10

  12/10/2012  DEDC                                     25        2.50

PAGES      SUBTOTAL FOR  31964-10000                  199       19.90

SUBTOTAL FOR CLIENT CODE: 31964-10000                              19.90

CLIENT CODE: 31964-10000-TJW
  11/01/2012  00PCL                                     1        0.10

  11/01/2012  TXEDC                                    72        7.20

PAGES      SUBTOTAL FOR  31964-10000-TJW               73        7.30

SUBTOTAL FOR CLIENT CODE: 31964-10000-TJW                           7.30

CLIENT CODE: 31964-10002
  10/02/2012  00PCL                                     2        0.20

  10/02/2012  ILNDC                                   231       23.10

  10/03/2012  ILNDC                                    30        3.00

  10/09/2012  ILNDC                                   176       17.60

  10/11/2012  ILNDC                                    30        3.00

  10/23/2012  ILNDC                                    30        3.00

126

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 10/26/2012 | ILNDC | | | 30 | 3.00 |
| 10/29/2012 | DEDC | | | 23 | 2.30 |
| 10/29/2012 | ILNDC | | | 30 | 3.00 |
| 11/07/2012 | 00PCL | | | 1 | 0.10 |
| 11/07/2012 | CACDC | | | 35 | 3.50 |
| 11/14/2012 | 00PCL | | | 2 | 0.20 |
| 11/14/2012 | ILNDC | | | 62 | 6.20 |
| 11/15/2012 | ILNDC | | | 40 | 4.00 |
| 11/19/2012 | 00PCL | | | 2 | 0.20 |
| 11/19/2012 | ILNDC | | | 61 | 6.10 |
| 11/20/2012 | 00PCL | | | 1 | 0.10 |
| 11/20/2012 | ILNDC | | | 30 | 3.00 |
| 11/28/2012 | 00PCL | | | 12 | 1.20 |
| 11/28/2012 | CACDC | | | 170 | 17.00 |
| 11/28/2012 | ILNDC | | | 60 | 6.00 |
| 12/10/2012 | ILNDC | | | 30 | 3.00 |
| 12/11/2012 | ILNDC | | | 6 | 0.60 |
| 12/12/2012 | 00PCL | | | 6 | 0.60 |
| 12/12/2012 | CACDC | | | 71 | 7.10 |
| 12/12/2012 | ILNDC | | | 30 | 3.00 |
| 12/21/2012 | ILNDC | | | 30 | 3.00 |
| 12/21/2012 | TXEDC | | | 24 | 2.40 |
| 12/28/2012 | 00PCL | | | 1 | 0.10 |
| 12/28/2012 | ILNDC | | | 30 | 3.00 |
| PAGES | SUBTOTAL FOR  31964-10002 | | | 1,286 | 128.60 |

SUBTOTAL FOR CLIENT CODE: 31964-10002                                128.60

CLIENT CODE: 31964-10002-TJW
    10/26/2012  00PCL                                       1          0.10

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|-----------------------|---------|----------|------------------------|--------|
| 10/26/2012 | ILNDC |  |  | 48 | 4.80 |
| 11/27/2012 | 00PCL |  |  | 1 | 0.10 |
| 11/27/2012 | ILNDC |  |  | 60 | 6.00 |
| 11/28/2012 | 00PCL |  |  | 1 | 0.10 |
| 11/28/2012 | ILNDC |  |  | 30 | 3.00 |
| 12/11/2012 | 00PCL |  |  | 1 | 0.10 |
| 12/11/2012 | ILNDC |  |  | 30 | 3.00 |
| 12/12/2012 | ILNDC |  |  | 30 | 3.00 |
| PAGES | SUBTOTAL FOR  31964-10002-TJW |  |  | 202 | 20.20 |

SUBTOTAL FOR CLIENT CODE: 31964-10002-TJW                                  20.20

CLIENT CODE: 31964-10010

| 10/09/2012 | 00PCL |  |  | 7 | 0.70 |
| 10/09/2012 | DEDC |  |  | 26 | 2.60 |
| 10/12/2012 | DEDC |  |  | 3 | 0.30 |
| 10/12/2012 | TXEDC |  |  | 18 | 1.80 |
| 12/07/2012 | 00PCL |  |  | 1 | 0.10 |
| 12/07/2012 | DEDC |  |  | 25 | 2.50 |
| 12/10/2012 | 00PCL |  |  | 5 | 0.50 |
| 12/10/2012 | DEDC |  |  | 18 | 1.80 |
| PAGES | SUBTOTAL FOR  31964-10010 |  |  | 103 | 10.30 |

SUBTOTAL FOR CLIENT CODE: 31964-10010                                     10.30

CLIENT CODE: 31964-10010-TJW

| 10/05/2012 | 00PCL |  |  | 1 | 0.10 |
| 10/05/2012 | DEDC |  |  | 3 | 0.30 |
| PAGES | SUBTOTAL FOR  31964-10010-TJW |  |  | 4 | 0.40 |

SUBTOTAL FOR CLIENT CODE: 31964-10010-TJW                                  0.40

CLIENT CODE: 31964-10012

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------------------------|---------|----------|------------------------|--------|
| 12/28/2012 | VAEDC | | | 11 | 1.10 |
| 12/28/2012 | WAWDC | | | 18 | 1.80 |
| PAGES | SUBTOTAL FOR  31964-10012 | | | 1,888 | 188.80 |

SUBTOTAL FOR CLIENT CODE:  31964-10012                                        188.80

CLIENT CODE: 31964-10012-TJW

| | | | | | |
|------|------------------------|---------|----------|------|------|
| 10/25/2012 | 00PCL | | | 2 | 0.20 |
| 10/25/2012 | ILNDC | | | 30 | 3.00 |
| 10/25/2012 | TXEDC | | | 4 | 0.40 |
| 10/26/2012 | 00PCL | | | 1 | 0.10 |
| 10/26/2012 | TXEDC | | | 2 | 0.20 |
| 11/01/2012 | TXEDC | | | 9 | 0.90 |
| 12/06/2012 | 00PCL | | | 2 | 0.20 |
| 12/06/2012 | TXEDC | | | 19 | 1.90 |
| 12/18/2012 | TXEDC | | | 6 | 0.60 |
| PAGES | SUBTOTAL FOR  31964-10012-TJW | | | 75 | 7.50 |

SUBTOTAL FOR CLIENT CODE:  31964-10012-TJW                                    7.50

CLIENT CODE: 31964/10002

| | | | | | |
|------|------------------------|---------|----------|------|------|
| 10/09/2012 | DEDC | | | 1 | 0.10 |
| 10/12/2012 | CACDC | | | 26 | 2.60 |
| 10/16/2012 | 00PCL | | | 3 | 0.30 |
| 10/16/2012 | CACDC | | | 25 | 2.50 |
| 10/16/2012 | DEDC | | | 3 | 0.30 |
| 10/16/2012 | TXEDC | | | 30 | 3.00 |
| 10/30/2012 | 00PCL | | | 2 | 0.20 |
| 10/30/2012 | CACDC | | | 8 | 0.80 |
| 10/30/2012 | ILNDC | | | 9 | 0.90 |
| PAGES | SUBTOTAL FOR  31964/10002 | | | 107 | 10.70 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|-----------------------|---------|----------|------------------------|--------|
| 10/29/2012 | FLMDC | | | 2 | 0.20 |
| 10/29/2012 | FLSDC | | | 195 | 19.50 31964/10012 |
| 10/29/2012 | NYEDC | | | 5 | 0.50 |
| 10/29/2012 | TXEDC | | | 119 | 11.90 31587/10000 |
| 10/29/2012 | TXNDC | | | 20 | 2.00 |
| 10/30/2012 | 00PCL | | | 7 | 0.70 |
| 10/30/2012 | JPMLDC | | | 105 | 10.50 |
| 10/30/2012 | TXEDC | | | 34 | 3.40 31130/10077 |
| 10/31/2012 | ILNDC | | | 15 | 1.50 32043/10000 |
| 11/01/2012 | MEDC | | | 42 | 4.20 |
| 11/07/2012 | 00PCL | | | 2 | 0.20 |
| 11/07/2012 | CACDC | | | 5 | 0.50 |
| 11/07/2012 | CAFC | | | 3 | 0.30 |
| 11/07/2012 | ILNDC | | | 30 | 3.00 31964/10002 |
| 11/16/2012 | DCDC | | | 17 | 1.70 |
| 11/27/2012 | DEDC | | | 5 | 0.50 |
| 11/29/2012 | 00PCL | | | 3 | 0.30 |
| 11/29/2012 | ILNDC | | | 84 | 8.40 32136/10000 |
| 11/29/2012 | NVDC | | | 4 | 0.40 |
| 11/30/2012 | 00PCL | | | 4 | 0.40 |
| 11/30/2012 | CAFC | | | 4 | 0.40 |
| 11/30/2012 | ILNDC | | | 23 | 2.30 32136/10000 |
| 11/30/2012 | OHNDC | | | 9 | 0.90 |
| 11/30/2012 | VAEDC | | | 1 | 0.10 |
| 11/30/2012 | VAWDC | | | 3 | 0.30 |
| 12/03/2012 | 00PCL | | | 2 | 0.20 |
| 12/03/2012 | ILNDC | | | 71 | 7.10 32136/10000 |
| 12/10/2012 | 00PCL | | | 2 | 0.20 |
| 12/10/2012 | ILNDC | | | 23 | 2.30 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 12/12/2012 | NYSBK | | | 644 | 64.40 ~~32037/1000~~ |
| 12/14/2012 | 00PCL | | | 2 | 0.20 |
| 12/14/2012 | AZDC | | | 57 | 5.70 ~~32121/10000~~ |
| 12/19/2012 | 00PCL | | | 8 | 0.80 |
| 12/19/2012 | TXEDC | | | 21 | 2.10 |
| 12/20/2012 | DEDC | | | 14 | 1.40 |
| 12/21/2012 | CAFC | | | 1 | 0.10 |
| 12/23/2012 | 00PCL | | | 1 | 0.10 |
| 12/23/2012 | CASDC | | | 46 | 4.60 ~~31115/1000S~~ |
| 12/26/2012 | CACDC | | | 32 | 3.20 |
| 12/26/2012 | CASDC | | | 48 | 4.80 ~~31115/1000S~~ |
| 12/27/2012 | 00PCL | | | 6 | 0.60 |
| 12/27/2012 | TXEDC | | | 126 | 12.60 ~~31964/1000~~ |
| 12/28/2012 | 00PCL | | | 1 | 0.10 |
| PAGES | SUBTOTAL FOR 99999-99999 | | | 2,167 | 216.70 |

======================

SUBTOTAL FOR CLIENT CODE: 99999-99999 *6900-0045*                                216.70

*(unless otherwise noted)* ~~5250~~

CLIENT CODE: 99999-99999 ARTICLE

| | | | | | |
|------|------|------|------|------|------|
| 10/03/2012 | 00PCL | | | 1 | 0.10 |
| 10/03/2012 | ILNDC | | | 34 | 3.40 |
| 10/04/2012 | 00PCL | | | 1 | 0.10 |
| 10/04/2012 | ILNDC | | | 14 | 1.40 |
| PAGES | SUBTOTAL FOR 99999-99999 ARTICLE | | | 50 | 5.00 |

======================

SUBTOTAL FOR CLIENT CODE: 99999-99999 ~~ARTICLE~~ *Writing*                        ~~5.00~~

*7700100095/0001*

CLIENT CODE: 99999-99999 CLIENT DEV

| | | | | | |
|------|------|------|------|------|------|
| 11/27/2012 | 00PCL | | | 1 | 0.10 |
| 11/27/2012 | ILNDC | | | 44 | 4.40 |
| PAGES | SUBTOTAL FOR 99999-99999 ~~CLIENT DEV~~ | | | 45 | 4.50 |

*8400100095/0106*

~~5250~~

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|--------------------------|---------|----------|---------------------------|--------|
| 12/18/2012 | TXEDC | | | 4 | 0.40 |
| PAGES | SUBTOTAL FOR GROU | | | 4 | 0.40 |

SUBTOTAL FOR CLIENT CODE: GROU  31964/10012          0.40

CLIENT CODE: GROUPON

| 12/17/2012 | TXEDC | | | 4 | 0.40 |
| PAGES | SUBTOTAL FOR GROUPON | | | 4 | 0.40 |

SUBTOTAL FOR CLIENT CODE: GROUPON  31964/10012          0.40

CLIENT CODE: GROUPON/EI

| 11/05/2012 | TXEDC | | | 29 | 2.90 |
| 11/12/2012 | ILNDC | | | 1 | 0.10 |
| 11/12/2012 | TXEDC | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR GROUPON/EI | | | 33 | 3.30 |

SUBTOTAL FOR CLIENT CODE: GROUPON/EI  31964/10012          3.30

CLIENT CODE: GROUPON/UMS

| 10/26/2012 | ILNDC | | | 44 | 4.40 |
| PAGES | SUBTOTAL FOR GROUPON/UMS | | | 44 | 4.40 |

SUBTOTAL FOR CLIENT CODE: GROUPON/UMS  31964/10002          4.40

CLIENT CODE: MCN/31115/10005

| 10/29/2012 | CASDC | | | 62 | 6.20 |
| 11/12/2012 | FLMDC | | | 14 | 1.40 |
| 11/12/2012 | TXNDC | | | 67 | 6.70 |
| PAGES | SUBTOTAL FOR MCN/31115/10005 | | | 143 | 14.30 |

SUBTOTAL FOR CLIENT CODE: MCN/31115/10005          14.30

CLIENT CODE: MCN/99999/99999

| 10/08/2012 | CAEDC | | | 39 | 3.90 |
| 10/08/2012 | TXNDC | | | 47 | 4.70 |



| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|----------------------|---------|----------|------------------------|--------|

SUBTOTAL FOR CLIENT CODE: 31964/G1000                                    39.40

CLIENT CODE: 31964-10000
 01/29/2013  TXEDC                                          17           1.70

 PAGES      SUBTOTAL FOR  31964-10000                       17           1.70

SUBTOTAL FOR CLIENT CODE: 31964-10000                                    1.70

CLIENT CODE: 31964-10002
 01/02/2013  00PCL                                           1           0.10

 01/02/2013  ILNDC                                          30           3.00

 01/04/2013  00PCL                                           1           0.10

 01/04/2013  ILNDC                                          34           3.40

 01/07/2013  00PCL                                           2           0.20

 01/07/2013  ILNDC                                          61           6.10

 01/18/2013  ILNDC                                          30           3.00

 01/28/2013  ILNDC                                          30           3.00

 02/06/2013  00PCL                                           1           0.10

 02/06/2013  CACDC                                          30           3.00

 02/06/2013  ILNDC                                          60           6.00

 02/07/2013  00PCL                                           2           0.20

 02/07/2013  TXNDC                                         498          49.80

 02/07/2013  TXWDC                                         501          50.10

 02/12/2013  ILNDC                                          30           3.00

 02/20/2013  ILNDC                                          30           3.00

 03/05/2013  ILNDC                                          30           3.00

 03/07/2013  00PCL                                          17           1.70

 03/07/2013  CACDC                                          41           4.10

 03/07/2013  DEDC                                            8           0.80

 03/07/2013  ILNDC                                          69           6.90

 03/07/2013  TXNDC                                           7           0.70

1.70

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 03/07/2013 | TXWDC | | | 8 | 0.80 |
| 03/26/2013 | 00PCL | | | 10 | 1.00 |
| 03/26/2013 | CACDC | | | 71 | 7.10 |
| 03/26/2013 | DEDC | | | 8 | 0.80 |
| 03/26/2013 | ILNDC | | | 94 | 9.40 |
| 03/29/2013 | ILNDC | | | 30 | 3.00 |
| 03/29/2013 | TXEDC | | | 18 | 1.80 |
| PAGES | SUBTOTAL FOR  31964-10002 | | | 1,752 | 175.20 |

SUBTOTAL FOR CLIENT CODE: 31964-10002                                175.20

---

CLIENT CODE: 31964-10002 MW

| 02/05/2013 | 00PCL | | | 1 | 0.10 |
|------|------|------|------|------|------|
| 02/05/2013 | ILNDC | | | 30 | 3.00 |
| 02/07/2013 | 00PCL | | | 2 | 0.20 |
| 02/07/2013 | DEDC | | | 465 | 46.50 |
| 02/07/2013 | ILNDC | | | 3,785 | 378.50 |
| 03/26/2013 | 00PCL | | | 4 | 0.40 |
| 03/26/2013 | TXNDC | | | 7 | 0.70 |
| 03/26/2013 | TXWDC | | | 8 | 0.80 |
| PAGES | SUBTOTAL FOR  31964-10002 MW | | | 4,302 | 430.20 |

SUBTOTAL FOR CLIENT CODE: 31964-10002 MW                              430.20

---

CLIENT CODE: 31964-10002-TF

| 01/14/2013 | ILNDC | | | 30 | 3.00 |
|------|------|------|------|------|------|
| PAGES | SUBTOTAL FOR  31964-10002-TF | | | 30 | 3.00 |

SUBTOTAL FOR CLIENT CODE: 31964-10002-TF                                3.00

CLIENT CODE: 31964-10002-TJW

| 01/25/2013 | 00PCL | | | 1 | 0.10 |
|------|------|------|------|------|------|
| 01/25/2013 | ILNDC | | | 30 | 3.00 |

3.00

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|

==================================================================

| 02/15/2013 | 00PCL | | | 1 | 0.10 |
| PAGES | SUBTOTAL FOR 31964-10002-TJW | | | 32 | 3.20 |

================

| SUBTOTAL FOR CLIENT CODE: 31964-10002-TJW | | | | | 3.20 |

CLIENT CODE: 31964-10012

| 01/14/2013 | 00PCL | | | 1 | 0.10 |
| 01/14/2013 | TXEDC | | | 16 | 1.60 |
| 01/15/2013 | TXEDC | | | 36 | 3.60 |
| 03/29/2013 | TXEDC | | | 6 | 0.60 |
| PAGES | SUBTOTAL FOR 31964-10012 | | | 59 | 5.90 |

================

| SUBTOTAL FOR CLIENT CODE: 31964-10012 | | | | | 5.90 |

CLIENT CODE: 31964/10000

| 01/25/2013 | ILNDC | | | 31 | 3.10 |
| 01/25/2013 | TXEDC | | | 56 | 5.60 |
| 02/04/2013 | TXEDC | | | 61 | 6.10 |
| 02/05/2013 | ORDC | | | 18 | 1.80 |
| 02/05/2013 | TXEDC | | | 17 | 1.70 |
| 02/18/2013 | TXEDC | | | 31 | 3.10 |
| 03/29/2013 | TXEDC | | | 31 | 3.10 |
| PAGES | SUBTOTAL FOR 31964/10000 | | | 245 | 24.50 |

================

| SUBTOTAL FOR CLIENT CODE: 31964/10000 | | | | | 24.50 |

CLIENT CODE: 31964/10002

| 01/12/2013 | 00PCL | | | 1 | 0.10 |
| 01/12/2013 | FLMDC | | | 2 | 0.20 |
| 01/24/2013 | 00PCL | | | 45 | 4.50 |
| 01/24/2013 | CACDC | | | 70 | 7.00 |
| 01/24/2013 | DEDC | | | 6 | 0.60 |
| 01/24/2013 | ILNDC | | | 66 | 6.60 |

3.20

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 01/24/2013 | TXNDC | | | 6 | 0.60 |
| 01/24/2013 | TXWDC | | | 6 | 0.60 |
| 03/11/2013 | ILNDC | | | 21 | 2.10 |
| PAGES | SUBTOTAL FOR 31964/10002 | | | 223 | 22.30 |

SUBTOTAL FOR CLIENT CODE: 31964/10002                                    22.30

CLIENT CODE: 31964/10012

| DATE | COURT | | | PAGES | AMOUNT |
|------|------|------|------|------|------|
| 01/07/2013 | 00PCL | | | 7 | 0.70 |
| 01/07/2013 | CACDC | | | 16 | 1.60 |
| 01/07/2013 | DEDC | | | 2 | 0.20 |
| 01/07/2013 | ILNDC | | | 16 | 1.60 |
| 01/07/2013 | JPMLDC | | | 120 | 12.00 |
| 01/07/2013 | MNDC | | | 7 | 0.70 |
| 01/07/2013 | PAWDC | | | 36 | 3.60 |
| 01/07/2013 | TNWDC | | | 4 | 0.40 |
| 01/07/2013 | TXEDC | | | 33 | 3.30 |
| 01/10/2013 | CACDC | | | 4 | 0.40 |
| 01/10/2013 | NYSDC | | | 18 | 1.80 |
| 01/10/2013 | TXEDC | | | 53 | 5.30 |
| 01/14/2013 | TXEDC | | | 32 | 3.20 |
| 01/21/2013 | TXEDC | | | 4 | 0.40 |
| 01/22/2013 | TXEDC | | | 117 | 11.70 |
| 01/31/2013 | 00PCL | | | 1 | 0.10 |
| 01/31/2013 | TXEDC | | | 36 | 3.60 |
| 02/01/2013 | 00PCL | | | 1 | 0.10 |
| 02/01/2013 | TXEDC | | | 13 | 1.30 |
| 02/07/2013 | 00PCL | | | 2 | 0.20 |
| 02/07/2013 | TXEDC | | | 252 | 25.20 |
| 02/13/2013 | 00PCL | | | 1 | 0.10 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 02/13/2013 | TXEDC | | | 42 | 4.20 |
| 02/27/2013 | TXEDC | | | 6 | 0.60 |
| 03/01/2013 | 00PCL | | | 4 | 0.40 |
| 03/01/2013 | CACDC | | | 5 | 0.50 |
| 03/01/2013 | DEDC | | | 14 | 1.40 |
| 03/01/2013 | TXEDC | | | 45 | 4.50 |
| 03/13/2013 | TXEDC | | | 22 | 2.20 |
| PAGES | SUBTOTAL FOR 31964/10012 | | | 913 | 91.30 |

SUBTOTAL FOR CLIENT CODE: 31964/10012                                           91.30

CLIENT CODE: 31964/G1000
| 02/22/2013 | TXEDC | | | 36 | 3.60 |
| PAGES | SUBTOTAL FOR 31964/G1000 | | | 36 | 3.60 |

SUBTOTAL FOR CLIENT CODE: 31964/G1000                                            3.60

CLIENT CODE: 3196410002
| 03/07/2013 | 00PCL | | | 1 | 0.10 |
| 03/07/2013 | CACDC | | | 47 | 4.70 |
| PAGES | SUBTOTAL FOR 3196410002 | | | 48 | 4.80 |

SUBTOTAL FOR CLIENT CODE: 3196410002                                            4.80

CLIENT CODE: 32043
| 01/18/2013 | ILNDC | | | 16 | 1.60 |
| 03/20/2013 | ILNDC | | | 32 | 3.20 |
| PAGES | SUBTOTAL FOR 32043 | | | 48 | 4.80 |

SUBTOTAL FOR CLIENT CODE: 32043/10001                                           4.80

CLIENT CODE: 32043-10001
| 01/02/2013 | 00PCL | | | 5 | 0.50 |
| 01/02/2013 | CACDC | | | 72 | 7.20 |
| 03/11/2013 | 00PCL | | | 1 | 0.10 |

3.60

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT TIME/PAGES DESCRIPTION | AMOUNT |
|------|----------------------|---------|-------------------------------|--------|

SUBTOTAL FOR CLIENT CODE: BERKHEIMER    *32068/10002*                    2.70

CLIENT CODE: BUS DEV
  03/22/2013  00PCL                                        1        0.10

  PAGES     SUBTOTAL FOR  BUS DEV                          1        0.10

SUBTOTAL FOR CLIENT CODE: BUS DEV                                   0.10

CLIENT CODE: CHARTER/TELECASTER
  01/10/2013  CACDC                                       33        3.30

  01/10/2013  CANDC                                       66        6.60

  PAGES     SUBTOTAL FOR  CHARTER/TELECASTER             99        9.90

SUBTOTAL FOR CLIENT CODE: CHARTER/TELECASTER *29582/10077*          9.90

CLIENT CODE: CLIENT DEV GJC
  03/29/2013  CACDC                                        2        0.20

  03/29/2013  ILNDC                                       29        2.90

  PAGES     SUBTOTAL FOR  CLIENT DEV GJC                  31        3.10

SUBTOTAL FOR CLIENT CODE: CLIENT DEV GJC                            3.10

CLIENT CODE: DUSTON JUDGE GILSTRAP ORDER
  01/29/2013  00PCL                                        1        0.10

  01/29/2013  TXEDC                                       40        4.00

  PAGES     SUBTOTAL FOR  DUSTON JUDGE GILSTRAP ORDER     41        4.10

SUBTOTAL FOR CLIENT CODE: DUSTON JUDGE GILSTRAP ORDER *31964/10002*  4.10

CLIENT CODE: DWR CLIENT DEV
  03/14/2013  ILNDC                                       24        2.40

  PAGES     SUBTOTAL FOR  DWR CLIENT DEV                  24        2.40

SUBTOTAL FOR CLIENT CODE: DWR CLIENT DEV                            2.40

CLIENT CODE: DWR CLIENT RELATIONS
  03/04/2013  00PCL                                        1        0.10

*8.30*

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| | | | | | |

------------------------------------------------------------------------

SUBTOTAL FOR CLIENT CODE: 31877/10026~                                    1.10

CLIENT CODE: 31964
| 01/13/2014 | DEDC | | | 3 | 0.30 |
| 02/27/2014 | 00PCL | | | 6 | 0.60 |
| 02/27/2014 | TXEDC | | | 7 | 0.70 |
| PAGES | SUBTOTAL FOR 31964 | | | 16 | 1.60 |

SUBTOTAL FOR CLIENT CODE: 31964 ~~~~~~ 10012                              1.60

CLIENT CODE: 31964-10002
| 01/16/2014 | ILNDC | | | 34 | 3.40 |
| 01/23/2014 | CANDC | | | 9 | 0.90 |
| 01/23/2014 | DEDC | | | 24 | 2.40 |
| 01/23/2014 | ILNDC | | | 43 | 4.30 |
| 01/29/2014 | 00PCL | | | 5 | 0.50 |
| 01/29/2014 | CACDC | | | 416 | 41.60 |
| 01/29/2014 | CANDC | | | 14 | 1.40 |
| 03/18/2014 | ILNDC | | | 30 | 3.00 |
| PAGES | SUBTOTAL FOR 31964-10002 | | | 575 | 57.50 |

SUBTOTAL FOR CLIENT CODE: 31964-10002~                                    57.50

CLIENT CODE: 31964-10002-TJW
| 01/30/2014 | 00PCL | | | 1 | 0.10 |
| 01/30/2014 | ILNDC | | | 30 | 3.00 |
| 01/31/2014 | 00PCL | | | 19 | 1.90 |
| 01/31/2014 | ILNDC | | | 50 | 5.00 |
| 01/31/2014 | TXWDC | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR 31964-10002-TJW | | | 103 | 10.30 |

SUBTOTAL FOR CLIENT CODE: 31964-10002-TJW                                 10.30

2.70

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 02/06/2014 | TXWDC | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR 31964-10015-RJZ | | | 256 | 25.60 |

SUBTOTAL FOR CLIENT CODE: 31964-10015-RJZ                          25.60

CLIENT CODE: 31964-10015-TJW

| | | | | | |
|------|------|------|------|------|------|
| 01/30/2014 | 00PCL | | | 4 | 0.40 |
| 01/30/2014 | TXNDC | | | 14 | 1.40 |
| PAGES | SUBTOTAL FOR 31964-10015-TJW | | | 18 | 1.80 |

SUBTOTAL FOR CLIENT CODE: 31964-10015-TJW                          1.80

CLIENT CODE: 31964-10016-TJW

| | | | | | |
|------|------|------|------|------|------|
| 03/03/2014 | 00PCL | | | 2 | 0.20 |
| 03/03/2014 | TXEDC | | | 17 | 1.70 |
| PAGES | SUBTOTAL FOR 31964-10016-TJW | | | 19 | 1.90 |

SUBTOTAL FOR CLIENT CODE: 31964-10016-TJW                          1.90

CLIENT CODE: 31964-G10000

| | | | | | |
|------|------|------|------|------|------|
| 02/18/2014 | TXEDC | | | 19 | 1.90 |
| PAGES | SUBTOTAL FOR 31964-G10000 | | | 19 | 1.90 |

SUBTOTAL FOR CLIENT CODE: 31964-G10000                             1.90

CLIENT CODE: 31964/10002

| | | | | | |
|------|------|------|------|------|------|
| 01/10/2014 | CANDC | | | 369 | 36.90 |
| 01/10/2014 | ILNDC | | | 32 | 3.20 |
| PAGES | SUBTOTAL FOR 31964/10002 | | | 401 | 40.10 |

SUBTOTAL FOR CLIENT CODE: 31964/10002                              40.10

CLIENT CODE: 31964/10012

| | | | | | |
|------|------|------|------|------|------|
| 01/01/2014 | TXEDC | | | 9 | 0.90 |
| 01/05/2014 | TXEDC | | | 18 | 1.80 |
| 01/13/2014 | CANDC | | | 87 | 8.70 |

5.60

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------------------------|---------|----------|------------------------|--------|
| 08/16/2013 | 00PCL | | | 5 | 0.50 |
| 08/16/2013 | TXEDC | | | 115 | 11.50 |
| 09/23/2013 | TXEDC | | | 18 | 1.80 |
| PAGES | SUBTOTAL FOR  31964-10000 | | | 258 | 25.80 |

```
                                                    ==================
```

SUBTOTAL FOR CLIENT CODE: 31964-10000                              25.80


CLIENT CODE: 31964-10000-TJW

| | | | | | |
|------|------------------------|---------|----------|------------------------|--------|
| 08/26/2013 | TXEDC | | | 33 | 3.30 |
| PAGES | SUBTOTAL FOR  31964-10000-TJW | | | 33 | 3.30 |

```
                                                    ==================
```

SUBTOTAL FOR CLIENT CODE: 31964-10000-TJW                           3.30

CLIENT CODE: 31964-10002

| DATE | COURT | | | TIME/PAGES | AMOUNT |
|------|-------|---|---|------------|--------|
| 07/03/2013 | 00PCL | | | 2 | 0.20 |
| 07/03/2013 | CACDC | | | 2 | 0.20 |
| 07/03/2013 | CANDC | | | 2 | 0.20 |
| 07/10/2013 | 00PCL | | | 2 | 0.20 |
| 07/10/2013 | TXNDC | | | 7 | 0.70 |
| 07/12/2013 | ILNDC | | | 30 | 3.00 |
| 07/24/2013 | ILNDC | | | 30 | 3.00 |
| 07/30/2013 | ILNDC | | | 98 | 9.80 |
| 07/30/2013 | TXEDC | | | 7 | 0.70 |
| 08/07/2013 | ILNDC | | | 30 | 3.00 |
| 08/15/2013 | ILNDC | | | 47 | 4.70 |
| 08/15/2013 | MNDC | | | 30 | 3.00 |
| 08/22/2013 | 00PCL | | | 12 | 1.20 |
| 08/22/2013 | CACDC | | | 13 | 1.30 |
| 08/22/2013 | CANDC | | | 14 | 1.40 |
| 08/22/2013 | ILNDC | | | 52 | 5.20 |
| 09/05/2013 | ILNDC | | | 30 | 3.00 |
| 09/23/2013 | ILNDC | | | 30 | 3.00 |

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| PAGES | SUBTOTAL FOR  31964-10002 | | | 438 | 43.80 |
| | | | | ================ | |
| SUBTOTAL FOR CLIENT CODE: 31964-10002 | | | | | 43.80 |

CLIENT CODE: 31964-10012

| DATE | COURT | | | PAGES | AMOUNT |
|------|------|------|------|------|------|
| 07/02/2013 | 00PCL | | | 2 | 0.20 |
| 07/02/2013 | TXEDC | | | 12 | 1.20 |
| 07/17/2013 | CODC | | | 56 | 5.60 |
| 07/24/2013 | 00PCL | | | 11 | 1.10 |
| 07/24/2013 | TXEDC | | | 86 | 8.60 |
| 08/08/2013 | CACDC | | | 194 | 19.40 |
| 08/08/2013 | CANDC | | | 59 | 5.90 |
| 08/08/2013 | CASDC | | | 38 | 3.80 |
| 08/08/2013 | DEDC | | | 299 | 29.90 |
| 08/08/2013 | FLMDC | | | 201 | 20.10 |
| 08/08/2013 | ILNDC | | | 80 | 8.00 |
| 08/08/2013 | PAWBK | | | 2 | 0.20 |
| 08/08/2013 | PAWDC | | | 150 | 15.00 |
| 08/08/2013 | TNWDC | | | 46 | 4.60 |
| 08/08/2013 | TXEDC | | | 57 | 5.70 |
| 08/08/2013 | VAEDC | | | 81 | 8.10 |
| 08/19/2013 | 00PCL | | | 9 | 0.90 |
| 08/19/2013 | TXEDC | | | 71 | 7.10 |
| 08/21/2013 | TXEDC | | | 13 | 1.30 |
| 08/30/2013 | ILNDC | | | 30 | 3.00 |
| 08/30/2013 | TXEDC | | | 7 | 0.70 |
| 09/16/2013 | CANDC | | | 15 | 1.50 |
| 09/16/2013 | TXEDC | | | 9 | 0.90 |
| 09/23/2013 | 00PCL | | | 2 | 0.20 |
| 09/23/2013 | CANDC | | | 22 | 2.20 |

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------------------------|---------|----------|------------------------|--------|
| 08/09/2013 | 00PCL | | | 1 | 0.10 |
| 08/09/2013 | TXEDC | | | 2 | 0.20 |
| 08/14/2013 | 00PCL | | | 9 | 0.90 |
| 08/14/2013 | CACDC | | | 5 | 0.50 |
| 08/14/2013 | NEDC | | | 16 | 1.60 |
| 08/14/2013 | TXEDC | | | 120 | 12.00 |
| 08/30/2013 | CASDC | | | 8 | 0.80 |
| 08/30/2013 | TXEDC | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR 31964-10014 | | | 240 | 24.00 |

SUBTOTAL FOR CLIENT CODE: 31964-10014                                       24.00

CLIENT CODE: 31964-10015

| 08/29/2013 | 00PCL | | | 1 | 0.10 |
| 08/29/2013 | DEDC | | | 73 | 7.30 |
| 09/17/2013 | 00PCL | | | 13 | 1.30 |
| 09/17/2013 | DEDC | | | 16 | 1.60 |
| 09/17/2013 | TXEDC | | | 19 | 1.90 |
| 09/17/2013 | TXNDC | | | 12 | 1.20 |
| 09/17/2013 | TXWDC | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR 31964-10015 | | | 137 | 13.70 |

SUBTOTAL FOR CLIENT CODE: 31964-10015                                       13.70

CLIENT CODE: 31964/10002

| 07/12/2013 | ILNDC | | | 147 | 14.70 |
| 09/06/2013 | 00PCL | | | 1 | 0.10 |
| 09/06/2013 | ILNDC | | | 6 | 0.60 |
| PAGES | SUBTOTAL FOR 31964/10002 | | | 154 | 15.40 |

SUBTOTAL FOR CLIENT CODE: 31964/10002                                       15.40

CLIENT CODE: 31964/10012