# EXHIBIT

# 2

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | FOR THE NORTHERN DISTRICT OF ILLINOIS | | |

| DCN: 12520 | INVOICE NO: 20130188 | MAKE CHECKS PAYABLE TO: |
|---|---|---|
| Thomas L. Duston<br>Marshall, Gerstein & Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357<br>Phone: (312) 474-6655<br><br>tweber@marshallip.com | | PAMELA S. WARREN, CSR, RPR<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1928<br>Chicago, IL 60604<br>Phone: (312) 294-8907<br><br>Tax ID: 27-4340891<br>pswcsr@aol.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-03-2013 | DATE DELIVERED: 06-11-2013 |
|---|---|---|---|

Case Style: 12 C 5286, IN RE: Unified Messaging
Transcript of proceedings before the Honorable Joan Humphrey Lefkow
May 23 and 24, 2013

274pps pps   (emailed to tweber@marshallip.com)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 274 | 0.90 | 246.60 | | 0.60 | | 246.60 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| *Please pay 1/2 of invoice*<br>*32043-10001* | TOTAL: | 246.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $246.60 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s://Pamela S. Warren | DATE 06-11-2013 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*