# EXHIBIT

# 3

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| PAGES | SUBTOTAL FOR 32002-10001-1-RJZ | | | 36 | 3.60 |

SUBTOTAL FOR CLIENT CODE: 32002-10001-1-RJZ                                         3.60

CLIENT CODE: 32002/10000
| 12/02/2013 | 00PCL | | | 2 | 0.20 |
| 12/02/2013 | NVDC | | | 108 | 10.80 |
| PAGES | SUBTOTAL FOR 32002/10000 | | | 110 | 11.00 |

SUBTOTAL FOR CLIENT CODE: 32002/10000                                              11.00

CLIENT CODE: 32002/10000/TMO
| 12/12/2013 | NVDC | | | 24 | 2.40 |
| PAGES | SUBTOTAL FOR 32002/10000/TMO | | | 24 | 2.40 |

SUBTOTAL FOR CLIENT CODE: 32002/10000/TMO                                           2.40

CLIENT CODE: 32002/10001/TMO
| 12/13/2013 | DEDC | | | 16 | 1.60 |
| PAGES | SUBTOTAL FOR 32002/10001/TMO | | | 16 | 1.60 |

SUBTOTAL FOR CLIENT CODE: 32002/10001/TMO                                           1.60

CLIENT CODE: 32043/10001
| 10/16/2013 | ILNDC | | | 17 | 1.70 |
| 11/06/2013 | DEDC | | | 59 | 5.90 |
| PAGES | SUBTOTAL FOR 32043/10001 | | | 76 | 7.60 |

SUBTOTAL FOR CLIENT CODE: 32043/10001                                               7.60

CLIENT CODE: 32047-10000
| 12/04/2013 | 00PCL | | | 2 | 0.20 |
| 12/04/2013 | TXEDC | | | 173 | 17.30 |
| PAGES | SUBTOTAL FOR 32047-10000 | | | 175 | 17.50 |

SUBTOTAL FOR CLIENT CODE: 32047-10000                                              17.50

CLIENT CODE: 32047-10000-TJW

7.60

```
CUSTOMER NUMBER: MO0025
DATE RANGE:      01/01/2014 - 03/31/2014                          PAGE:         28

    DATE       COURT                    TIME IN    TIME OUT TIME/PAGES   AMOUNT
               SEARCH CRITERIA                              DESCRIPTION
------------------------------------------------------------------------------------
CLIENT CODE: 32043/10001
    03/12/2014  00PCL                                            1          0.10

    03/12/2014  CANDC                                           46          4.60

   PAGES       SUBTOTAL FOR    32043/10001                      47          4.70
                                                              ===========
SUBTOTAL FOR CLIENT CODE: 32043/10001                                       4.70

CLIENT CODE: 32047-10000-TJW
    01/16/2014  00PCL                                           15          1.50

    01/16/2014  DEDC                                             7          0.70

    01/16/2014  TXEDC                                           50          5.00

    01/16/2014  TXNDC                                           82          8.20

   PAGES       SUBTOTAL FOR    32047-10000-TJW                 154         15.40
                                                              ===========
SUBTOTAL FOR CLIENT CODE: 32047-10000-TJW                                  15.40

CLIENT CODE: 32047/10001 SJK
    03/04/2014  00PCL                                            1          0.10

    03/04/2014  TXEDC                                           34          3.40

   PAGES       SUBTOTAL FOR    32047/10001 SJK                  35          3.50
                                                              ===========
SUBTOTAL FOR CLIENT CODE: 32047/10001 SJK                                   3.50

CLIENT CODE: 32060/10005
    01/16/2014  ILNDC                                           10          1.00

   PAGES       SUBTOTAL FOR    32060/10005                      10          1.00
                                                              ===========
SUBTOTAL FOR CLIENT CODE: 32060/10005                                       1.00

CLIENT CODE: 32090-10001
    01/09/2014  00PCL                                            4          0.40

    01/09/2014  CACDC                                           70          7.00

    01/09/2014  CANDC                                           29          2.90

    01/09/2014  CASDC                                            1          0.10

    01/09/2014  NYSDC                                           12          1.20
```

4.50

```
CUSTOMER NUMBER: MO0025
DATE RANGE:      10/01/2012 - 12/31/2012                        PAGE:         33

 DATE        COURT                   TIME IN   TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                            DESCRIPTION
-------------------------------------------------------------------------------
CLIENT CODE: 32002/10000/TMO
 11/12/2012  NVDC                                          41         4.10

 PAGES       SUBTOTAL FOR  32002/10000/TMO                 41         4.10
                                                                  ===============
SUBTOTAL FOR CLIENT CODE: 32002/10000/TMO                             4.10
```

CLIENT CODE: 32043-10000 MW
 10/10/2012  00PCL                                          1         0.10

 10/10/2012  ILNDC                                        500        50.00

 PAGES       SUBTOTAL FOR  32043-10000 MW                 501        50.10

SUBTOTAL FOR CLIENT CODE: 32043-10000 MW                             50.10

CLIENT CODE: 32043-10001
 10/05/2012  00PCL                                          1         0.10

 10/05/2012  JPMLDC                                        20         2.00

 11/07/2012  00PCL                                          7         0.70

 11/07/2012  CACDC                                         69         6.90

 11/07/2012  ILNDC                                          6         0.60

 12/28/2012  00PCL                                          1         0.10

 12/28/2012  ILNDC                                         30         3.00

 PAGES       SUBTOTAL FOR  32043-10001                    134        13.40

SUBTOTAL FOR CLIENT CODE: 32043-10001                                13.40

CLIENT CODE: 32043/10000
 10/22/2012  DEDC                                           1         0.10

 11/08/2012  00PCL                                          1         0.10

 11/08/2012  CACDC                                         75         7.50

 PAGES       SUBTOTAL FOR  32043/10000                     77         7.70

SUBTOTAL FOR CLIENT CODE: 32043/10000                                 7.70

CLIENT CODE: 32043/10001/TF
 11/19/2012  ILNDC                                         30         3.00

```
CUSTOMER NUMBER: MO0025
DATE RANGE:       10/01/2012 - 12/31/2012                         PAGE:          34

   DATE         COURT                TIME IN   TIME OUT TIME/PAGES   AMOUNT
                SEARCH CRITERIA                         DESCRIPTION
   ========================================================================
   11/19/2012   JPMLDC                                        21       2.10

   PAGES       SUBTOTAL FOR    32043/10001/TF                 51       5.10
                                                           ===============
SUBTOTAL FOR CLIENT CODE:  32043/10001/TF                              5.10


CLIENT CODE: 32045-10005
   11/19/2012   NYSDC                                         92       9.20

   PAGES       SUBTOTAL FOR    32045-10005                    92       9.20
                                                           ===============
SUBTOTAL FOR CLIENT CODE:  32045-10005                                 9.20


CLIENT CODE: 32045/10005
   12/21/2012   CACDC                                         16       1.60

   PAGES       SUBTOTAL FOR    32045/10005                    16       1.60
                                                           ===============
SUBTOTAL FOR CLIENT CODE:  32045/10005                                 1.60


CLIENT CODE: 32068-10002 DB
   11/29/2012   00PCL                                          1       0.10

   11/29/2012   ILNDC                                          3       0.30

   PAGES       SUBTOTAL FOR    32068-10002 DB                  4       0.40
                                                           ===============
SUBTOTAL FOR CLIENT CODE:  32068-10002 DB                              0.40


CLIENT CODE: 32068/10002
   11/29/2012   ILNDC                                         11       1.10

   PAGES       SUBTOTAL FOR    32068/10002                    11       1.10
                                                           ===============
SUBTOTAL FOR CLIENT CODE:  32068/10002                                 1.10


CLIENT CODE: 32090-10000-TJW
   12/04/2012   00PCL                                          1       0.10

   12/04/2012   NCWDC                                         73       7.30

   12/06/2012   00PCL                                          1       0.10

   12/06/2012   NCWDC                                          2       0.20

   12/14/2012   00PCL                                          1       0.10
```



| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11/07/2012 | 00PCL | | | 1 | 0.10 |
| 11/08/2012 | 00PCL | | | 3 | 0.30 |
| PAGES | SUBTOTAL FOR 9999 | | | 13 | 1.30 |
| SUBTOTAL FOR CLIENT CODE: 9999  *6900-0045* | | | | | 1.30 |
| CLIENT CODE: 99999 | | | | | |
| 12/11/2012 | ILNDC | | | 4 | 0.40 |
| PAGES | SUBTOTAL FOR 99999 | | | 4 | 0.40 |
| SUBTOTAL FOR CLIENT CODE: 99999  *6900-0045* | | | | | 0.40 |
| CLIENT CODE: 99999-99999 | | | | | |
| 10/04/2012 | DEDC | | | 74 | 7.40  *31150/1038* |
| 10/04/2012 | TXEDC | | | 28 | 2.80  *31150/1035* |
| 10/05/2012 | 00PCL | | | 8 | 0.80 |
| 10/05/2012 | CACDC | | | 63 | 6.30  *32043/1001* |
| 10/05/2012 | ILNDC | | | 17 | 1.70 |
| 10/17/2012 | 00PCL | | | 1 | 0.10 |
| 10/17/2012 | NVDC | | | 23 | 2.30 |
| 10/18/2012 | 00PCL | | | 9 | 0.90 |
| 10/18/2012 | TXEDC | | | 16 | 1.60 |
| 10/19/2012 | 00PCL | | | 2 | 0.20 |
| 10/19/2012 | DEDC | | | 1 | 0.10 |
| 10/19/2012 | ILNDC | | | 1 | 0.10 |
| 10/19/2012 | PAWDC | | | 1 | 0.10 |
| 10/19/2012 | TXEDC | | | 15 | 1.50 |
| 10/19/2012 | WAWDC | | | 4 | 0.40 |
| 10/26/2012 | 00PCL | | | 1 | 0.10 |
| 10/26/2012 | TXEDC | | | 8 | 0.80 |
| 10/29/2012 | 00PCL | | | 6 | 0.60 |
| 10/29/2012 | DEDC | | | 43 | 4.30 |

```
CUSTOMER NUMBER: MO0025
DATE RANGE:       01/01/2013 - 03/31/2013                              PAGE:        28

   DATE        COURT                    TIME IN   TIME OUT  TIME/PAGES   AMOUNT
               SEARCH CRITERIA                               DESCRIPTION
---------------------------------------------------------------------------------
 02/13/2013    TXEDC                                            42         4.20

 02/27/2013    TXEDC                                             6         0.60

 03/01/2013    00PCL                                             4         0.40

 03/01/2013    CACDC                                             5         0.50

 03/01/2013    DEDC                                             14         1.40

 03/01/2013    TXEDC                                            45         4.50

 03/13/2013    TXEDC                                            22         2.20

  PAGES      SUBTOTAL FOR   31964/10012                        913        91.30
                                                                      ===========
SUBTOTAL FOR CLIENT CODE: 31964/10012                                     91.30


CLIENT CODE: 31964/G1000
 02/22/2013    TXEDC                                            36         3.60

  PAGES      SUBTOTAL FOR   31964/G1000                         36         3.60
                                                                      ===========
SUBTOTAL FOR CLIENT CODE: 31964/G1000                                      3.60


CLIENT CODE: 3196410002
 03/07/2013    00PCL                                             1         0.10

 03/07/2013    CACDC                                            47         4.70

  PAGES      SUBTOTAL FOR   3196410002                          48         4.80
                                                                      ===========
SUBTOTAL FOR CLIENT CODE: 3196410002                                       4.80


CLIENT CODE: 32043
 01/18/2013    ILNDC                                            16         1.60

 03/20/2013    ILNDC                                            32         3.20

  PAGES      SUBTOTAL FOR   32043                               48         4.80
                                                                      ===========
SUBTOTAL FOR CLIENT CODE: 32043/10001                                      4.80


CLIENT CODE: 32043-10001
 01/02/2013    00PCL                                             5         0.50

 01/02/2013    CACDC                                            72         7.20

 03/11/2013    00PCL                                             1         0.10
```

3.60

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/11/2013 | ILNDC | | | 30 | 3.00 |
| PAGES | SUBTOTAL FOR 32043-10001 | | | 108 | 10.80 |
| SUBTOTAL FOR CLIENT CODE: 32043-10001 | | | | | 10.80 |
| CLIENT CODE: 32043/10000 | | | | | |
| 01/21/2013 | 00PCL | | | 9 | 0.90 |
| 01/21/2013 | CACDC | | | 356 | 35.60 |
| 01/21/2013 | TXEDC | | | 60 | 6.00 |
| 01/23/2013 | 00PCL | | | 1 | 0.10 |
| 01/23/2013 | TXEDC | | | 60 | 6.00 |
| 01/25/2013 | ILNDC | | | 1 | 0.10 |
| 02/06/2013 | 00PCL | | | 3 | 0.30 |
| 02/06/2013 | ILNDC | | | 178 | 17.80 |
| 02/08/2013 | 00PCL | | | 3 | 0.30 |
| 02/08/2013 | ILNDC | | | 58 | 5.80 |
| 02/08/2013 | TXEDC | | | 63 | 6.30 |
| 02/17/2013 | 00PCL | | | 1 | 0.10 |
| 02/17/2013 | MADC | | | 24 | 2.40 |
| PAGES | SUBTOTAL FOR 32043/10000 | | | 817 | 81.70 |
| SUBTOTAL FOR CLIENT CODE: 32043/10000 | | | | | 81.70 |
| CLIENT CODE: 32047-10000-TJW | | | | | |
| 02/07/2013 | 00PCL | | | 4 | 0.40 |
| 02/07/2013 | CANDC | | | 6 | 0.60 |
| 02/07/2013 | DEDC | | | 27 | 2.70 |
| 02/07/2013 | FLMDC | | | 3 | 0.30 |
| 02/07/2013 | NEDC | | | 60 | 6.00 |
| 02/07/2013 | TNWDC | | | 2 | 0.20 |
| 02/07/2013 | TXEDC | | | 149 | 14.90 |
| PAGES | SUBTOTAL FOR 32047-10000-TJW | | | 251 | 25.10 |

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/28/2013 | DEDC | | | 209 | 20.90 |
| 01/28/2013 | JPMLDC | | | 20 | 2.00 |
| 01/29/2013 | VAEDC | | | 4 | 0.40 |
| 01/31/2013 | CAFC | | | 1 | 0.10 |
| 02/01/2013 | 00PCL | | | 1 | 0.10 |
| 02/01/2013 | TXEDC | | | 6 | 0.60 |
| 02/04/2013 | 00PCL | | | 2 | 0.20 |
| 02/04/2013 | TXEDC | | | 25 | 2.50 |
| 02/05/2013 | 00PCL | | | 20 | 2.00 |
| 02/05/2013 | CACDC | | | 103 | 10.30 |
| 02/05/2013 | DEDC | | | 7 | 0.70 |
| 02/05/2013 | ILNDC | | | 40 | 4.00 |
| 02/05/2013 | TXEDC | | | 100 | 10.00 |
| 02/06/2013 | 00PCL | | | 28 | 2.80 |
| 02/06/2013 | ILNDC | | | 74 | 7.40 |
| 02/06/2013 | TXNDC | | | 6 | 0.60 |
| 02/06/2013 | TXWDC | | | 7 | 0.70 |
| 02/07/2013 | 00PCL | | | 4 | 0.40 |
| 02/07/2013 | CACDC | | | 18 | 1.80 |
| 02/07/2013 | ILNDC | | | 22 | 2.20 |
| 02/07/2013 | TXWDC | | | 2 | 0.20 |
| 02/08/2013 | 00PCL | | | 3 | 0.30 |
| 02/08/2013 | NVDC | | | 129 | 12.90 |
| 02/18/2013 | 00PCL | | | 13 | 1.30 |
| 02/18/2013 | DEDC | | | 38 | 3.80 |
| 02/18/2013 | VAEDC | | | 35 | 3.50 |
| 02/20/2013 | 00PCL | | | 1 | 0.10 |
| 02/20/2013 | NYSDC | | | 92 | 9.20 |
| 02/26/2013 | CACDC | | | 15 | 1.50 |

92.20

```
CUSTOMER NUMBER: MO0025
DATE RANGE:      04/01/2013 - 06/30/2013                        PAGE:        30

  DATE        COURT                    TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                             DESCRIPTION
```

| DATE | COURT | TIME/PAGES | AMOUNT |
|---|---|---|---|
| 04/09/2013 | ILNDC | 96 | 9.60 |
| PAGES SUBTOTAL FOR 32043 | | 96 | 9.60 |
| SUBTOTAL FOR CLIENT CODE: 32043/10001 | | | 9.60 |

CLIENT CODE: 32043-10001

| DATE | COURT | TIME/PAGES | AMOUNT |
|---|---|---|---|
| 06/05/2013 | 00PCL | 42 | 4.20 |
| 06/05/2013 | CACDC | 76 | 7.60 |
| 06/05/2013 | DEDC | 11 | 1.10 |
| 06/05/2013 | ILNDC | 73 | 7.30 |
| 06/05/2013 | TXNDC | 11 | 1.10 |
| 06/05/2013 | TXWDC | 12 | 1.20 |
| 06/10/2013 | 00PCL | 1 | 0.10 |
| 06/10/2013 | TNMDC | 3 | 0.30 |
| PAGES SUBTOTAL FOR 32043-10001 | | 229 | 22.90 |
| SUBTOTAL FOR CLIENT CODE: 32043-10001 | | | 22.90 |

CLIENT CODE: 32043/10000

| DATE | COURT | TIME/PAGES | AMOUNT |
|---|---|---|---|
| 06/10/2013 | CACDC | 12 | 1.20 |
| 06/25/2013 | NVDC | 49 | 4.90 |
| PAGES SUBTOTAL FOR 32043/10000 | | 61 | 6.10 |
| SUBTOTAL FOR CLIENT CODE: 32043/10000 | | | 6.10 |

CLIENT CODE: 32043/10001

| DATE | COURT | TIME/PAGES | AMOUNT |
|---|---|---|---|
| 04/09/2013 | TXEDC | 33 | 3.30 |
| PAGES SUBTOTAL FOR 32043/10001 | | 33 | 3.30 |
| SUBTOTAL FOR CLIENT CODE: 32043/10001 | | | 3.30 |

CLIENT CODE: 32047/10003

| DATE | COURT | TIME/PAGES | AMOUNT |
|---|---|---|---|
| 06/26/2013 | TXEDC | 34 | 3.40 |
| 06/26/2013 | TXNDC | 30 | 3.00 |
| PAGES SUBTOTAL FOR 32047/10003 | | 64 | 6.40 |

3.30