# EXHIBIT

# 4

# Lynne Solski

**Subject:** FW: Unified: Additional Invalidity Searching
**Attachments:** Invoice.pdf; TC W-9 Form 2013.pdf

**From:** Blum, Anthony F. [mailto:ABlum@thompsoncoburn.com]
**Sent:** Monday, February 25, 2013 5:23 PM
**To:** UnifiedJDG
**Cc:** Woll, Deanna M.
**Subject:** RE: Unified: Additional Invalidity Searching

All,

Based on responses to the below email, 22 different defendant groups have agreed to split the cost for the Nuvocom prior art search as shown below. Attached is the invoice from Nuvocom, along Thompson Coburn's W9 form.

Please provide payment for each of your client groups to Thompson Coburn LLP for $327.73. You can mail any checks to:

    Deanna Woll
    Thompson Coburn LLP
    One US Bank Plaza
    St. Louis, MO 63101

Please do not provide payment to Nuvocom. Thompson Coburn will pay Nuvocom directly per our agreement with them.

Thank you,

Tony Blum

1. AT&T (velaw.com)
2. Cequel Commc'ns (morganlewis.com)
3. Citigroup / CitiBank, NA (lockelord.com)
4. Conn's (jth-law.com)
5. Groupon (marshallip.com)
6. HSBC Bank (lockelord.com)
7. Homestead Tech (mofo.com)
8. Intuit (mofo.com)
9. Morgan Stanley (quinnemanuel.com)
10. Multiply Inc. (findlaycraft.com)
11. Orbitz (thompsoncoburn.com)
12. Radio One (dwt.com)
13. Scottrade (thompsoncoburn.com)
14. Yahoo (mwe.com)
15. Windstream (morganlewis.com)
16. VMWare, Inc. (mofo.com)
17. United Air Lines (marshallip.com)
18. Twitter (mwe.com)
19. The Vanguard Marketing (perkinscoie.com)
20. Sprint Nextel (polsinelli.com)
21. Sportsvite (dwt.com)
22. Southwest (tklaw.com)

Please bill 32043-10001 (United/UMS) for United's share of the translation of the portion Of the Japanese file history.
Amount: $327.73
Payable to: Thompson Coburn

1



REED TECHNOLOGY
AND INFORMATION SERVICES INC.

**REEDFAX**®
THE PATENT CONNECTION®

| | PLEASE REMIT TO |
|---|---|
| | RTIS - REEDFAX<br>P.O. Box 7247-7518<br>Philadelphia, PA 19170-7518 |

Invoice #: 000285204
Invoice Date: 11/19/2012
Terms: net 40 days
Customer Number: 12388
Billing Period: 11/01/2012 - 11/15/2012
PO Number:
For billing inquiries: 1-800-422-1337
or
1-215-441-4768

**Marshall Gerstein & Borun LLP**
**Attn: Todd Hillmer**
**6300 Willis Tower**
**233 S. Wacker Drive**
**Chicago, IL**
**60606**

Invoice Total: $220.00

Amount Enclosed:

To ensure proper credit, please detach this portion and return with remittance.

---



REED TECHNOLOGY
AND INFORMATION SERVICES INC.

**REEDFAX**®
THE PATENT CONNECTION®

Marshall Gerstein & Borun LLP
Attn: Todd Hillmer
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL
60606

Okay to pay
11/27/12
TODD

Invoice #: 000285204
Invoice Date: 11/19/2012
Customer Number: 12388
Billing Period: 11/01/2012 - 11/15/201
PO Number:
Page: 1

### INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| Client ID: | 31174.10031 /0057 | | | | | | | | |
| 11/02/12 | 631326 | 559624 | 017530-0763 | 4 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/02/12 | 631326 | 559625 | 017532-0625 | 4 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| | | | | | | | Client Sub Total: | | $40.00 |
| | | | | | | | Client Sales Tax: | | $0.00 |
| | | | | | | **TOTAL CLIENT CHARGES:** | | | **$40.00** |

Split per Todd

| Client ID: | 31964 (39164.10)002 /0057 + 32043/10001 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/06/12 | 631326 | 560024 | 023208-0072 | 3 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560025 | 023379-0544 | 3 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560026 | 023395-0041 | 3 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560027 | 024434-02082 | 2 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560028 | 014539-0900 | 3 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560029 | 014609-0156 | 3 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560030 | 015552-0443 | 4 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560031 | 015722-0040 | 4 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| 11/06/12 | 631326 | 560032 | 024342-0514 | 4 | US-Assign-Email | $20.00 | $0.00 | $0.00 | $20.00 |
| | | | | | | | Client Sub Total: | | $180.00 |
| | | | | | | | Client Sales Tax: | | $0.00 |
| | | | | | | **TOTAL CLIENT CHARGES:** | | | **$180.00** |

---

*REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.*



Marshall Gerstein & Borun LLP
Attn: Todd Hillmer
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL
60606

Invoice #: 000285204
Invoice Date: 11/19/2012
Customer Number: 12388
Billing Period: 11/01/2012 - 11/15/201
Page: 2

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Invoice Sub Total: | $220.00 |
| | Taxing Authority: Not applicable | | | | | Tax Rate: 0 | | Sales Tax: | $0.00 |
| | 0 | | | | | | | Total: | $220.00 |

*REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.*