IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS, LLC PATENT LITIGATION | MDL No. 2371 <br><br> Master Docket No. 1:12-cv-6286 <br><br> Regarding Cause No. 1:13-cv-00272 <br><br> District Judge Joan H. Lefkow <br><br> Magistrate Judge Sheila M. Finnegan |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFFS AND DEFENDANT HUNTINGTON BANCSHARES, INC.

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and/or (c), Plaintiffs Unified Messaging Solutions, LLC ("UMS") and Advanced Messaging Technologies, Inc. ("AMT"), on the one hand, and Defendant Huntington Bancshares, Inc. ("Huntington"), on the other hand, hereby stipulate to the dismissal with prejudice of all claims asserted by the parties in this action, with each party to bear its own costs and fees.

**SO STIPULATED on January 5, 2015**

| | |
|---|---|
| By: /s/ Timothy E. Grochocinski <br> Timothy E. Grochocinski <br> NELSON BUMGARDNER, P.C. <br> 15020 Ravinia Avenue <br> Suite 29 <br> Orland Park, Illinois 60462 <br> P. 708.675.1975 <br> tim@nelbum.com <br><br> Edward R. Nelson, III <br> Brent N. Bumgardner <br> Christie B. Lindsey <br> Thomas C. Cecil <br> Jonathan H. Rastegar <br> NELSON BUMGARDNER, P.C. <br> 3131 West 7th Street, Suite 300 | By: /s/ *Eric B. Hall* <br><br> Joseph P. Lombardo <br> Chapman and Cutler LLP <br> 111 West Monroe Street <br> Chicago, Illinois 60603 <br> (312) 845-3000 <br><br> Eric. B. Hall (admitted *pro hac vice*) <br> eric.hall@nortonrosefulbright.com <br> Seth E. Jaffe (admitted *pro hac vice*) <br> seth.jaffe@nortonrosefulbright.com <br> FULBRIGHT & JAWORSKI, LLP <br> Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, TX 77010-3095 |

Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net
jrastergar@nbclaw.net

Anthony G. Simon
Michael P. Kella
Benjamin R. Askew
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Andrew G. DiNovo
Jay D. Ellwanger
Texas State Bar No. 24036522
DINOVO PRICE ELLWANGER
& HARDY, LLP
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

*Counsel for Plaintiffs Unified Messaging Solutions, LLC and Advanced Messaging Technologies, Inc.*

(713) 651-5151

*Counsel for Defendant Huntington Bancshares, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that, on the 5th day of January, 2015, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered attorneys of record and allow the document to be viewed and downloaded from CM/ECF.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski